IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>DEMOCRATIC REPUBLIC OF CONGO, *et ano.*, BALANNE FAMILY LIVING TRUST, ANETH MICHAEL LUTALE MTWALE, FRANCIS SELEMANI MTWALE, AND THE LAND KNOWN FOR ASSESSMENT AND TAXATION PURPOSES AS LOT 96, PLAT 19998; LOT 133, PLAT 24987; LOT 144, PLAT 2017-25020; AND LOT 54, PLAT 24984<br><br>Defendants. | Case No. 8:21-mc-00721<br>Case No. 8:21-mc-00720<br>**REDACTED** |

**DECLARATION OF PETER GROSSMAN IN SUPPORT OF
REQUEST FOR WRIT OF EXECUTION**

**PETER GROSSMAN** hereby testifies:

1. The statements contained herein are true to the best of my knowledge and belief and are based upon my review of the documents relevant to this matter.

2. Plaintiff, FG Hemisphere Associates, LLC ("FG" or "Plaintiff"), brings this Request for Writ of Execution pursuant to Fed. R. Civ. P. 64 and 69(a) and Maryland R. Civ. P. 2-115, 2-641, 2-642, 2-648, and 2-651 against Defendants Democratic Republic of Congo ("DRC"), the Balanne Family Living Trust ("Balanne"), Aneth Michael Lutale Mtwale ("Lutale") and Francis Selemani Mtwale ("Selemani") (collectively, the "Defendants").

3. By this request, Plaintiff seeks to attach four properties located in Montgomery County, Maryland, which were purchased between 2015 and 2018 by Selemani and his wife,

1

Lutale, using funds stolen from the DRC government (the "Properties").

**The Judgments**

4. Attached hereto as **Exhibit 1** is a true and correct copy of a December 21, 2015 order from the United States District Court for the District of Columbia reviving a judgment issued by the court on September 19, 2004, in the amount of $11,725,844.96, together with interest at the annual rate of 9% on the sum of $11,179,266.36, to be calculated based on the amount of each overdue installment included in said sum, starting on the respective due date and up to the date of full payment, plus interest at the annual rate of 5% on the sum of $546,578.60, starting on March 4, 2001, and up to the date of full payment, together with fees and costs (the "2004 Judgment").

5. Attached hereto as **Exhibit 2** is a true and correct copy of a December 21, 2015 order from the United States District Court for the District of Columbia reviving a judgment issued by the court on January 31, 2005 in the amount of $18,430,555.47, together with interest at the annual rate of 8.75% on the sum of $18,073,746.94, to be calculated based on the amount of each overdue installment included in said sum, starting on the respective due date and up to the date of full payment, plus interest at the annual rate of 5% on the sum of $356,808.52, starting on March 4, 2001, and up to the date of full payment, together with fees and costs (the "2005 Judgment" and collectively with the 2004 Judgment and the 2015 revival, the "Judgments")

6. As of the date of this application, the DRC has not satisfied its obligation pursuant to the Judgments. Moreover, the DRC has given no indication that it intends to facilitate the transfer of Plaintiff's property pursuant to the Judgments.

**Plaintiff's Investigation**

7. As a result, Plaintiff has been forced to undertake a years-long investigative effort to trace the DRC's assets. Plaintiff's investigation revealed that the family of former DRC president Joseph Kabila ("Kabila"), including Kabila's brother, Selemani, and Selemani's wife,

Lutale, have engaged in a years-long scheme to loot and launder hundreds of millions of dollars in DRC government assets; the investigation also uncovered that bribes were paid. From 2010 until 2018, Selemani served as Managing Director of BGFIBank RDC S.A. ("BGFI DRC"). During that same period, Kabila's sister, Gloria Mteyu, owned 40% of BGFI DRC. *Embezzled Empire: How Kabila's Brother Stashed Millions in Overseas Properties*, THE SENTRY, November 2021. *See* **Exhibit 3**.

8. Specifically, Plaintiff's investigation revealed the use of BGFI DRC accounts by members of the Kabila family, its inner circle, and the DRC government to effectuate dissipation of DRC governmental assets to accounts controlled by the Kabila family, and the collection of payments made by companies with business interests in the DRC to the Kabila family. Plaintiff's own investigation recently has been corroborated and expanded upon by an unprecedented leak of 3.5 million documents from BGFI DRC, which is the basis of numerous investigative reports published by an international consortium of investigative journalists and non-governmental organizations. The reporting on this massive data leak is known as Congo Hold-up.

9. Attached hereto as **Exhibit 4** is a true and correct copy of The Congo Hold-up consortium's report, *Exposed—the cost of Kabila's state capture*, AFRICA CONFIDENTIAL, November 19, 2021. The Congo Hold-up consortium's reports identifies $138 million of DRC Embezzled Funds siphoned off through BGFI DRC. While Plaintiff had identified tens of millions of dollars of funds originating with the DRC government, including funds purloined from the DRC Central Bank and the DRC Permanent Mission to the United Nations (the "DRC Embezzled Funds"), as well as at least $25 million in bribe payments, flowing into accounts at BGFI DRC controlled by Kabila family members and their associates, the documentation obtained and the analysis performed by the Congo Hold-up consortium advanced Plaintiff's ability to fully trace these funds.

10. The bulk of these DRC Embezzled Funds were diverted into the BGFI DRC account of a Congolese company, Sud Oil Sprl ("Sud Oil"). *See* **Exhibit 5**. Sud Oil is wholly-owned by Mteyu and Selemani's wife – that is, Kabila's sister and sister-in-law respectively—and the Sud Oil BGFI Account itself is controlled by Kabila's closest associates. Attached hereto as **Exhibit 6** is a true and correct copy of Sud Oil's corporate minutes, which show that Mteyu owns 20% of the company and Aneth Michael Lutale, the wife of Selemani, the other 80%.[1]

11. Sud Oil was involved in numerous suspicious transactions at BGFI DRC that is indicative of money laundering. *See* **Exhibit 3**. A June 2018 internal audit by BGFI DRC identified several red flags for money laundering, noting that explanations for transfers were inconsistent, that some of Sud Oil's transfers lacked justification, and compliance officials were restricted from reviewing some of the transfers. *Id.*

12. An analysis of these bank records revealed that Sud Oil received at least $85 million in funds from a range of Congolese government institutions, including the Central Bank of Congo, the DRC's Permanent Mission to the United Nations in New York ("DRC Mission"), the Congolese state-owned mining company Gecamines, and the DRC's electoral commission. *Id.*, 5.

---

[1] The minutes are in French. The following is a translation of the relevant portion of those minutes:

The partners of Sud Oil, a private limited liability company with a share capital of 100,000,000 FC, and headquartered in Kinshasa, in the Commune of Gombe, met for an Ordinary General Assembly on March 20, 2014, at eight o'clock on convocation made by the manager by simple letters addressed to each partner.

An attendance sheet was drawn up, which was signed by each partner present when they entered the meeting, both personally and as a proxy.

I. Quorum

The partners mentioned below are present or validly represented:

1. Mrs. Aneth Michael Lutale, residing at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, owner of 80% of the shares;

2. Mrs. Gloria Mteyu, domiciled at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, owner of 20% of the shares.

The shareholders present owning all of the shares which form the share capital recognize that they are validly constituted at a General Meeting and declare that they waive all the prior convocation formalities.

4

**DRC Mission Wire Transfer**

13. On April 29, 2016, the DRC Mission wired $6,809,899 from its Citibank Account (which funds were originally wired from the United Nations to the DRC Mission) to a purported DRC Central Bank account held at BGFI DRC.  See **Exhibit 7** at 1.

14. The outgoing wire information from Citibank abbreviates the originator of the wire, *i.e.*, the DRC Mission, as "PERM. MISSION OF REP OF C".  *Id.*  Although Plaintiff has reviewed thousands of wire transfers to and from the DRC Central Bank, the DRC Central Bank account number contained in the wire for its purported account at BGFI DRC does not appear in any other wire transfers.  Rather, it seems, this wire contained fraudulent beneficiary and account information designed to induce Citibank to wire the funds to BGFI DRC where they could be embezzled by members of Kabila's family and his closest associates.

15. Moreover, records from BGFI DRC show that BGFI DRC did not even credit these funds to the DRC Central Bank's purported account, but, rather BGFI DRC deposited the funds from the DRC Mission into the account of Sud Oil.  Attached hereto as **Exhibit 8** is a true and correct copy of records through July 18, 2016 for account number ▮▮▮▮▮▮▮14-36 held by Sud Oil at BGFI DRC ("Sud Oil BGFI Account").  On May 16, 2016, BGFI DRC credited $6,809,854.00 (the quantum of the wire originating with DRC Mission Citibank Account minus an apparent $45 fee) to the Sud Oil BGFI Account.  The Sud Oil BGFI Account records show the originator of the funds deposited by BGFI DRC into the Sud Oil BGFI Account as "PERM. MISSION OF REP OF C", that is, the exact same abbreviation used in the Citibank outgoing wire records.  *Id.*  On the same day, BGFI DRC also credited Sud Oil's account with another $7.5 million, originating with the DRC Central Bank.  *Id.*

**Purchase of Maryland Properties**

16. BGFI DRC records obtained by the Congo Hold-up consortium also revealed that

5

between 2015 and 2018, Sud Oil sent more than $12 million to accounts and companies linked to and controlled by Selemani and his wife, Lutale.  **Exhibit 3, 8**.  In fact, within months of receiving the May 16, 2016 transfers from the DRC Mission and DRC Central Bank, Sud Oil paid $7.4 million to DRC-based investment firm Ascend Trust, owned by Selemani and Lutale.  The records reflect that the purpose of the transfer was to facilitate real estate purchases.  *Id.*

17.     Ascend Trust, Sud Oil, and Selemani also wired money from accounts at BGFI DRC to Selemani's own foreign bank accounts, as well as to accounts in the United States and South Africa for two companies controlled by Selemani and Lutale—US-registered Balanne Family Living Trust and South Africa-based company Garvelli.  *Id.*  Both of these entities were used by Selemani and Lutale to purchase millions of dollars in foreign real estate, 17 properties in total for $6.6 million, including four in Maryland.  *Id.*

18.     The below chart depicts some of the aforementioned flow of money between the Congolese Central Bank, DRC Mission, BGFI DRC, Sud Oil and Ascend Trust, which money was used by Selemani and Lutale to purchase real estate through the Balanne Family Living Trust:



**Exhibit 3** at 8.

19.     As referenced at ¶¶ 16-17, *supra*, Selemani, the beneficiary of millions of dollars of DRC Embezzled Funds, purchased the four Maryland Properties.

20.     The first property was a single-family four-bedroom row house in Rockville, Maryland, which was purchased by Selemani and Lutale on April 10, 2015, for approximately $670,000.  The deed indicates that the property served as Selemani's primary residence.  **Exhibit 3** at 26.  Bank transfer documentation shows that in the three months before the transaction, Selemani sent nearly $1 million to a United States account held in his name at SunTrust bank for the stated purpose of buying and developing properties.  *Id.* at 8.  On April 17, 2018, Selemani and Lutale transferred the Rockville, Maryland residence to the Balanne Family Living Trust.  **Exhibit 8** at 10, 26.

21.     In 2018, Selemani used Balanne for millions of dollars in real estate acquisitions. Lutale served as trustee of Balanne and uses her married name of Aneth Dorah SF Mtwale or Aneth D. SF Mtwale when stated her capacity as Trustee on the four deeds.  Attached hereto as **Exhibits 9, 10, 11, and 12** are true and correct copies of the four Maryland deeds.  On May 15, 2018, Selemani and Lutale purchased a three-bedroom, four-floor luxury townhouse in Bethesda, Maryland, through Balanne for approximately $1,224,999.  *Id.* at 26.

22.     On December 18, 2018, Selemani and Lutale purchased a three-bedroom luxury townhouse in Bethesda, Maryland, through the Balanne Family Living Trust for approximately $884,720.  *Id.* at 27.

23.     On December 18, 2018, Selemani and Lutale also purchased another three-bedroom luxury townhouse in Bethesda, Maryland through the Balanne Family Living Trust for approximately $1,377,237.  *Id.*, at 10, 27.

24.     All four Properties are located in Montgomery County, Maryland, one of the country's most expensive real estate markets.  *Id.*  Address records and rental websites suggest

that three of the Properties have been leased, providing Selemani and Lutale with a lucrative source of additional income. *Id.*

25. On December 2, 2021, under 28 U.S.C. § 1963, the United States District Court for the District of Columbia certified the 2004 Judgment, which Plaintiff thereafter registered in this Court. *See* Dkt. 1.

26. On December 2, 2021, under 28 U.S.C. § 1963, the United States District Court for the District of Columbia certified the 2005 Judgment, which Plaintiff thereafter registered in this Court. *Id.*

27. On November 30, 2021, pursuant to D.C. Code §§ 15–103 and 103, the United States District Court for the District of Columbia certified the December 19, 2015 Order reviving the Judgments, which Plaintiff thereafter registered in this Court. *Id.*

28. Under the circumstances and as set forth in this application, good and sufficient cause exists for immediate relief because the requested relief is necessary to prevent further harm to Plaintiff. Absent immediate relief, further delay and dissipation of the subject assets will likely result.

I solemnly affirm under the penalty of perjury that the contents of the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
        December 3, 2021

_____
Peter Grossman