# EXHIBIT 6

A défaut d'élection de domicile dûment signifiée à la société, le domicile est censé élu au siège social où toutes communications, sommations, significations et notifications seront valablement faites.

Les associés pourront cependant désigner une personne résidant en République Démocratique du Congo à qui seront.

### Article 29 : Disposition transitoire

Toute stipulation des présents statuts qui serait contraire aux dispositions impérative du Décret du 23 juin 1960 et de l'Acte uniforme du 17 avril 1997 relatif au Droit des sociétés commerciales et du groupement d'intérêt économique promulgué par l'OHADA sera réputée non écrite.

Ainsi fait à Goma, le 15 mai 2014

Les associés

Luanda Banyene Joseph Dan Goran Anderson

Olivier Balume Tuka Tabu Abel Laurent

Tsuba Kyirea Michel

*Acte notarié*

L'an deux mille quatorze, le deuxieme jour du mois de juin ;

Par devant nous, Muhanuka Luanda Henri, Notaire de la ville de Goma, nous trouvant à notre office ;

A comparu :

La société dénommée « Société Minière Banyene au Congo, SOMIBACO Sarl, ayant son siège social à Goma, dans la Province du Nord-Kivu, en République Démocratique du Congo, représentée par son Directeur gérant, monsieur Luanda Banyene Joseph, de nationalité congolaise, porteur de la carte d'électeur n° NN 10208887420, résidant à Goma, sur avenue Kisangani n° 26, Quartier Keshero, Commune de Goma, Province du Nord-Kivu ;

Lequel nous a déclaré avoir à Goma, en date du 15 mai 2014, tenu une Assemblée générale des associés au cours de laquelle ces derniers ont procédé à l'amendement des statuts de la société du 17 septembre 2007 notariés à Goma, le 8 février 2008 ; que les résolutions sont disposées dans le procès-verbal y afférent libellé en trois pages et que les associés déclarent que ces résolutions renferment l'expression de leur volonté commune.

Que de ce qui précède, nous Notaire et comparant avons signé les présents actes aux jours, mois, an que dessus et scellés du sceau de l'Office notarial de la Ville de Goma.

Dont acte

*Signature du comparant*      *Signatute du Notaire*

Monsieur Luanda Banyene Joseph   Muhanuka Luanda Henri

Enregistré l'acte ci-dessous sous le n° 179/2014

Du 2 juin 2014 du registre de l'Office notarial de la Ville de Goma,

Frais d'enregistrement : FC

Frais d'actes  FC

Frais d'expédition : FC

Quittance n°  voir quittance

*Le Notaire*

Muhanuka Luamba Henri

_____

**SUD OIL Sprl**
Siège social:
22B, Boulevard du 30 Juin, Immeuble PAK, Kinshasa-Gombe
NRC: KG/4139/M  Id. Nat. 01-N 50404Z

*Procès-verbal de l'Assemblée générale ordinaire du 20 mars 2014*

Les associés de la société Sud Oil, Société privée à responsabilité limitée au capital social de 100.000.000 FC, et dont le siège est établi à Kinshasa, dans la Commune de la Gombe, se sont réunis en Assemblée générale ordinaire, le 20 mars 2014 à huit heures sur convocation faite par le gérant par lettres simples adressées à chaque associé.

Il a été établi une feuille de présence, qui a été émargée par chaque associé présent, au moment de son entrée en séance, tant à titre personnel que comme mandataire.

I. Quorum

Les associées mentionnées ci-après sont présents ou valablement représentés :

1. Madame Aneth Michael Lutale, demeurant au n° 7B de l'avenue Niwa, Binza Pigeon dans la Commune de Ngaliema, propriétaire de 80 % des parts sociales ;

2. Madame Gloria Mteyu, domicilié au n° ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, propriétaire de 20 % des parts sociales.

Les associées présentes possédant la totalité de parts qui forment le capital social se reconnaissent valablement constitué en Assemblée générale et déclarent renoncer à toutes les formalités préalables de convocation.

La présidence de l'assemblée est assurée par monsieur David Ezekiel et madame Gloria Mteyu assure le secrétariat de l'assemblée.

II. Ordre du jour

1. Présentation du rapport de gestion du gérant sur la marche de la société au cours de l'exercice clos le 31 décembre 2013 ;

2. Pouvoirs pour formalités.

Sur ce l'Assemblée générale ordinaire, après en avoir délibéré, adopte les résolutions suivantes :

*Première résolution :*

L'Assemblée générale, constate que la société n'a réalisé aucune activité l'année écoulée et décharge le gérant de toute responsabilité.

Cette résolution est adoptée à l'unanimité.

*Deuxième résolution :*

L'Assemblée générale délègue tous pouvoirs au porteur d'une copie ou d'un extrait du procès-verbal constatant les délibérations à l'effet d'accomplir toutes les formalités légales ou autres s'il y a lieu.

Cette résolution est adoptée à l'unanimité.

L'ordre du jour étant épuisé, l'assemblée a été levée à dix heures

Fait à Kinshasa le 20 mars 2014

Noms et signatures

Madame Aneth Michael Lutale

Madame Gloria Mteyu

*Acte notarié n° 0599/GUCE 3127/14/mars/31/2014*

L'an deux mille quatorze, le trente et unième jour du mois d'avril ;

Nous soussigné, André Lobo Kwete, Notaire adjoint à l'Office notarial du Guichet Unique de Création d'Entreprise à Kinshasa/Gombe, agissant conformément aux prescrits des articles 10, 12 et 16 du Décret n° 12/045 du 1er novembre 2012 portant création, organisation et fonctionnement du Guichet Unique de Création d'Entreprise, à l'Arrêté ministériel n° 037/CAB/MIN/J et DG/2013 du 1er mars 2013 portant nomination des Notaires au Guichet Unique de Création d'Entreprise, ainsi qu'à l'Ordonnance n° 66/344 du 9 juin 1966 relative aux actes notariés, certifions que l'Assemblée générale ordinaire de la Société Sud-Oil (Sprl) ayant son siège social à l'adresse suivante : n° 22B, Boulevard du 30 juin, (Commune de la Gombe, Ville Province de Kinshasa, dont les clauses ci-dessous insérées nous ont été présentées ce jour, à Kinshasa par Maître Edgar Nkinzo, dûment mandaté, ayant son adresse professionnelle à l'adresse suivante : 4e niveau, Boulevard du 30 Juin, Commune de la Gombe, Ville, Province de Kinshasa ;

Comparaissant en personne en présence de monsieur Mulumba Tshibuyi Boniface, agent de l'Administration, résidant à Kinshasa, et de monsieur Caleb Kalala, agent de l'Administration, résidant à Kinshasa, témoins instrumentaires à ce requis réunissant les conditions exigées par la loi en la matière ; lecture du contenu de l'acte susmentionné a été faite par nous, tant au comparant qu'aux témoins Mulumba Tshibuyi Boniface, ci-dessus identifié et Caleb Kalala, ci-dessus-identifié.

Le comparant pré qualifié persiste et signe devant témoins et nous que, l'économie du document à authentifier renferme bien l'expression de la volonté des signataires, qu'ils sont seuls responsables de toutes contestations pouvant naître de l'exécution dudit document sans évoquer la complicité de l'Office notarial ainsi que du Notaire. En foi de quoi, le présent acte vient d'être signé par les comparants, témoins et nous et revêtu du sceau de l'Office notarial du Guichet Unique de Création d'Entreprise à Kinshasa/Gombe.

*Signature du comparant      Signature du Notaire*

Maître Edgar Nkizo            André Lobo Kwete

*Signatures des témoins*

Mulumba Tshibuyi Boniface      Caleb Kalala

Droits perçus : Frais d'acte de 65100 dont 37200 CDF pour l'authentification

Suivant les notes de perception n° E3785764, E3785765, et ainsi que les attestations de paiement n° 792711, 792714 de ce jour

Enregistré par nous soussigné, ce trente et un mars de l'an deux mille quatorze sous le numéro 0599/GUCE 3127/14/mars/31/2014

*Le Notaire*

André Lobo Kwete

Guichet Unique de Création d'Entreprises

Office notarial

Expédition certifiée conforme

Kinshasa, le 31 mars 2014

Guichet Unique de Création d'Entreprises

*Le Notaire*

André Lobo Kwete

_____

*Procès-verbal de l'Assemblée générale extraordinaire du 28 mars 2014*

Les associées de la société Sud Oil, Société privée à responsabilité limitée au capital social de 100.000.000 FC, et dont le siège est établi à Kinshasa, dans la Commune de la Gombe, se sont réunis en Assemblée générale extraordinaire, le vingt-huitième jour du mois de mars deux mille quatorze à huit heures sur convocation faite par le gérant par lettres simples adressées à chaque associé.

Il a été établi une feuille de présence, qui a été émargée par chaque associé présent, au moment de son entrée en séance, tant à titre personnel que comme mandataire.

I. Quorum

Les associées mentionnées ci-après sont présents ou valablement représentés :

1. Madame Aneth Michael Lutale, ███████████ ███████████████, propriétaire de 80 % des parts sociales ;