# EXHIBIT 7

## Wires Outgoing

```
-3010618250 SENT        ORIGINATOR     (            9918 )  BENEFICIARY              RAWBANK
10/28/15 03:45PM       PERM. MISSION OF REP OF C       BANQUE CENTRALE DU CONGO       3487
BOULEVARD DU 30 JUIN SET UP 10/28/15       866 UNION PLZ        BOULEVARD COLONEL
TSHATSHI NO:      KINSHASA GOMBE      CONGO, THE DEMO      02:59PM        STE 511
KINSHASA GOMBE , D.R. CONGO       RECEIVING BANK 021000089  $13,391,928.00       NEW YORK NY
100170000                           CITIBANK NA              1 2515518777
PHONE             BENE BANK ACCT#     7304                    4434 B&P  CHECKING
ACCT#            02-69 USD    SWIFT   RAWBCDKI              SET UP BY P7151673
CLANCY,CHRISTINE   APPROVED BY  P3355922 CORRIGAN,EVELYN D.      P6863687
TELFORD,COMP       $0.00 FEE    TRANSFER OF THE REIMBURSEMENT FUNDS FROM UN IN FAVOR
OF THE D.R. CONGO TREASURY, PERMANENT G0153013059801 GLOBAL ID
```

```
-1202210288 SENT        ORIGINATOR     (            9918 )  BENEFICIARY          BGFI BANK / RDC
04/29/16 03:26PM       PERM. MISSION OF REP OF C       BANQUE CENTRALE DU CONGO (BCC)    128
BOULEVARD DU 30 JUIN SET UP 04/29/16       866 UNION PLZ        BOULEVARD COLONEL
TSHATSHI NO:      KINSHASA, KINSHASA  CONGO, THE DEMO      02:12PM        STE 511
KINSHASA, KINSHASA GOMBE, D.R       RECEIVING BANK 021000089  $6,809,899.00       NEW YORK NY
100170000                           CITIBANK NA              1 2515518777
PHONE             BENE BANK ACCT#     2424                    4434 B&P  CHECKING
ACCT#            11-32        SWIFT   BGFICDKI              SET UP BY P7151673
CLANCY,CHRISTINE   APPROVED BY  P3077240 PHILLIP,NIGEL       P1197061 CLAIBORNE,DA
$0.00 FEE    REIMBURSEMENT UN FUNDS - D.R CONGO, SWIFT: CITIUS33, PERMANENT MISSION OF
THE DEMOCRATIC 20160429B1Q8021C060891 FE G0161203827201 GLOBAL ID
```

```
-1670447248 SENT        ORIGINATOR     (                    )  BENEFICIARY            SOFIBANQUE SA
06/15/16 12:31PM       PERM. MISSION OF REP OF C       FOREIGN MINISTRY          4258 AVENUE
FLAMBEAU SET UP 06/15/16       866 UNION PLZ        1 PLACE DEL'INDEPENDANCE
KINSHASA          CONGO, THE DEMO      11:57AM        STE 511            KINSHASA/GOMBE.
D.R.CONGO        $6,660.00     NEW YORK NY 100170000             1 2515518777
PHONE             000095104434 B&P  CHECKING       ACCT#             3000         SWIFT
SFBXCDKI              SET UP BY P6395730 MELSHIN,ARTEM N    APPROVED BY  P3483864
KIES,GRACE MARIE         $0.00 FEE    FRAIS 36 PASSEPORTS RDCONV   NEW YORK G0161673581901
GLOBAL ID
```

## Wires Outgoing

```
-1950859739 SENT        ORIGINATOR   (           9918 )  BENEFICIARY           SOFIBANQUE SA
07/13/16 11:30AM        PERM. MISSION OF REP OF C       FOREIGN MINISTRY       4258 AVENUE
FLAMBEAU   SET UP 07/13/16     866 UNION PLZ            1 PLACE DEL'INDEPENDANCE
KINSHASA GOMBE      CONGO, THE DEMO       11:05AM       STE 511                KINSHASA,
GOMBE      $5,735.00        NEW YORK NY 100170000       D.R. CONGO             1
2515518777            PHONE                 000095104434 B&P  CHECKING         ACCT#
   300-0     SWIFT     SFBXCDKI                SET UP BY P7151673 CLANCY,CHRISTINE   APPROVED
BY  P3355922 CORRIGAN,EVELYN D.       $0.00 FEE     ENVOIE DEVX-FRAIS 31 PASSEPORTS RDCONV/
NEW YORK, ON BEHALF OF PERMANENT MISSION OF THE DE G0161952310701 GLOBAL ID
```

```
-1950835839 SENT        ORIGINATOR   (           9918 )  BENEFICIARY                BB&T -
NORTHERN FLORIDA 07/13/16 11:30AM       PERM. MISSION OF REP OF C       LOTS OF YACHTS,
LTD        ABA 263191387 SET UP 07/13/16     866 UNION PLZ             9 SHEFFIELD A
10:48AM        STE 511                WEST PALM BEACH, FLORIDA 33417   WEST PALM BEACH
FL         $5,830.00        NEW YORK NY 100170000       1 2515518777            PHONE 917
691 5688                000095104434 B&P  CHECKING      ACCT#                3095       SET UP
BY P7151673 CLANCY,CHRISTINE   APPROVED BY  P3355922 CORRIGAN,EVELYN D.     $0.00 FEE
BILL CHARTER ON MOONDANCE -DRCON BEHALF OF PERMANENT MISSION OF THE DEMOCRATIC
REPUBLIC OF 20160713B1Q8021C017824 FE G0161952310401 GLOBAL ID
```

```
-2220485149 SENT        ORIGINATOR   (           9918 )  BENEFICIARY           SOFIBANQUE SA
08/09/16 04:03PM        PERM. MISSION OF REP OF C       FOREIGN MINISTRY       4258 AVENUE
FLAMBEAU   SET UP 08/09/16     866 UNION PLZ            1 PLACE DEL'INDEPENDANCE
KINSHASA GOMBE      CONGO, THE DEMO       03:51PM       STE 511                KINSHASA,
GOMBE      $2,035.00        NEW YORK NY 100170000       D.R. CONGO             1
2515518777            PHONE                 000095104434 B&P  CHECKING         ACCT#
3300-0     SWIFT     SFBXCDKI                SET UP BY P1608672 SANCHEZ,MARCO      APPROVED
BY  P3355922 CORRIGAN,EVELYN D.       $0.00 FEE     ENVOIE TROIS-FRAIS ONZE
PASSEPORTS            RDCONV/NY G0162223942901 GLOBAL ID
```

## Wires Outgoing

```
-2742077428 SENT       ORIGINATOR     (          9918 )  BENEFICIARY              SOFIBANQUE SA
09/30/16 01:01PM       PERM. MISSION OF REP OF C       FOREIGN MINISTRY          4258 AVENUE
FLAMBEAU SET UP 09/30/16      866 UNION PLZ         1 PLACE DEL'INDEPENDANCE
KINSHASA GOMBE      CONGO, THE DEMO      12:09PM      STE 511              KINSHASA,
GOMBE    $2,960.00     NEW YORK NY 100170000         D.R. CONGO                1
2515518777            PHONE               000095104434 B&P CHECKING     ACCT#
3300-0    SWIFT    SFBXCDKI             SET UP BY P7151673 CLANCY,CHRISTINE   APPROVED
BY  P3355922 CORRIGAN,EVELYN D.     $0.00 FEE    ENVOIE QUATRE- FARIS SEIZE
PASSEPORTS        RDCONV/NY G0162743848901 GLOBAL ID
```

```
-0312211576 SENT       ORIGINATOR     (          9918 )  BENEFICIARY              SOFIBANQUE SA
01/31/17 03:30PM       PERM. MISSION OF REP OF C       FOREIGN MINISTRY          4258 AVENUE
FLAMBEAU SET UP 01/31/17      866 UNION PLZ         1 PLACE DEL'INDEPENDANCE
KINSHASA GOMBE      CONGO, THE DEMO      03:18PM      STE 511              KINSHASA,
GOMBE    $3,885.00     NEW YORK NY 100170000         D.R. CONGO                1
2515518777            PHONE               000095104434 B&P CHECKING     ACCT#
3300-0    SWIFT    SFBXCDKI             SET UP BY P7151673 CLANCY,CHRISTINE   APPROVED
BY  P1835172 CHINKAN,NALIENE       $0.00 FEE    ENVOIE NO.1/17-FRAIS    VING-ET-UN
PASSEPORTS     RDCONV/NY 20170131B1Q8021C043685 FED # G0170314674501 GLOBAL ID
```

```
-0760671131 SENT       ORIGINATOR     (          9918 )  BENEFICIARY              UNITED
NATIONS FEDERAL CU 03/17/17 03:53PM    PERM. MISSION OF REP OF C       PERMANENT MISSION
OF D.R CONGO    ABA 226078609 SET UP 03/17/17      866 UNION PLZ        866 UN
PLAZA           24-01 44TH RD         03:22PM     STE 511              SUITE #511
LONG ISLAND CITY  NY  $1,100,303.50     NEW YORK NY 100170000        NEW YORK, NY
10017          1  2515518777          PHONE   212 319 8061 EXT                000095104434
B&P CHECKING     ACCT#           0001         SET UP BY P7151673 CLANCY,CHRISTINE
APPROVED BY  P1835172 CHINKAN,NALIENE      P1197061 CLAIBORNE,DA       $0.00
FEE         FONDS DRC PEACEKEEPING     ON BEHALF OF PERMANENT MISSIONOF THE
DEMOCRATIC REPUBLIC OF 20170317B1Q8021C030579 FED # G0170763695701 GLOBAL ID
```

## Wires Outgoing

```
-0761684520 SENT        ORIGINATOR    (            9918 )  BENEFICIARY           SOFIBANQUE SA
03/17/17 03:23PM    PERM. MISSION OF REP OF C       FOREIGN MINISTRY           4258 AVENUE
FLAMBEAU SET UP 03/17/17      866 UNION PLZ           1 PLACE DEL'INDEPENDANCE
KINSHASA GOMBE      CONGO, THE DEMO      03:06PM     STE 511                    KINSHASA,
GOMBE    $4,255.00      NEW YORK NY 100170000        D.R. CONGO                    1
2515518777           PHONE                   000095104434 B&P  CHECKING    ACCT#
3300-0    SWIFT    SFBXCDKI              SET UP BY P7151673 CLANCY,CHRISTINE   APPROVED
BY  P1835172 CHINKAN,NALIENE         $0.00 FEE          ENVOIE NO.2/17-FRAIS      VINGT
TROIS PASSEPORTS      RDCONV/NY 20170317B1Q8021C030413 FED # G0170763587401 GLOBAL ID
```

```
-0831473149 SENT        ORIGINATOR    (            9918 )  BENEFICIARY            UNITED
NATIONS FEDERAL CU 03/24/17 02:00PM     PERM. MISSION OF REP OF C       PERMANENT MISSION
OF D.R CONGO    ABA 226078609 SET UP 03/24/17      866 UNION PLZ            866 UN
PLAZA           24-01 44TH RD      01:36PM     STE 511             SUITE #511
LONG ISLAND CITY  NY  $3,240,212.56      NEW YORK NY 100170000        NEW YORK, NY
10017           1  2515518777         PHONE  212 319 8061 EXT              000095104434
B&P  CHECKING    ACCT#            0001           SET UP BY P7151673 CLANCY,CHRISTINE
APPROVED BY  P6862017 MENDEZ,JOHANNA        P5969414 WITT,THERESA        $0.00
FEE          FONDS DRC PEACEKEEPING     ON BEHALF OF PERMANENT MISSIONOF THE
DEMOCRATIC REPUBLIC OF 20170324B1Q8021C028164 FED # G0170833183701 GLOBAL ID
```

```
-0932463418 SENT        ORIGINATOR    (            9918 )  BENEFICIARY            UNITED
NATIONS FEDERAL CU 04/03/17 12:37PM     PERM. MISSION OF REP OF C       IGNACE R MAVITA WA
LUFUTA GATA     ABA 226078609 SET UP 04/03/17      866 UNION PLZ
ROAD            COURT SQUARE PLACE 24-01 44TH RD      12:27PM     STE 511
                LONG ISLAND CITY  NY  $100,000.00        NEW YORK NY
100170000           1  2515518777         PHONE  6462901196              000095104434
B&P  CHECKING    ACCT#            0002           SET UP BY P1608672 SANCHEZ,MARCO
APPROVED BY  P1835172 CHINKAN,NALIENE         $0.00 FEE          HOUSE DOWN PAYMENT
20170403B1Q8021C040436 FED # G0170934315201 GLOBAL ID
```

## Wires Outgoing

```
-1230414703 SENT      ORIGINATOR (        9918 )   BENEFICIARY              SOFIBANQUE SA
05/03/17 01:00PM      PERM. MISSION OF REP OF C    FOREIGN MINISTRY         4258 AVENUE
FLAMBEAU SET UP 05/03/17      866 UNION PLZ        1 PLACE DEL'INDEPENDANCE
KINSHASA GOMBE      CONGO, THE DEMO    12:14PM     STE 511                  KINSHASA,
GOMBE    $3,935.00    NEW YORK NY 100170000        D.R. CONGO               1
2515518777            PHONE              000095104434 B&P  CHECKING   ACCT#
3300-0     SWIFT    SFBXCDKI            SET UP BY P1608672 SANCHEZ,MARCO    APPROVED
BY  P1835172 CHINKAN,NALIENE       $0.00 FEE       ENVOIE NO.3/17-FRAIS     VINGT-ET-
UN PASSEPORTS PLUS  (50 FORFAIT MINAFFET)RDCONUNY 20170503B1Q8021C028147 FED #
G0171233232601 GLOBAL ID
```

```
-1580413549 SENT      ORIGINATOR (        9918 )   BENEFICIARY              JP MORGAN
CHASE BANK NA 06/07/17 03:54PM      PERM. MISSION OF REP OF C    MAMISA
MALONDA            ABA 021000021 SET UP 06/07/17   866 UNION PLZ            95 LINDEN
BOULEVARD #60-A     270 PARK AVENUE    01:17PM     STE 511
BROOKLYN            NEW YORK,10017   NY   $75,000.00    NEW YORK NY 100170000
NY 11226            1  2515518777     PHONE  646-662-9593                   000095104434
B&P  CHECKING   ACCT#       6584               SET UP BY P4547551 SADARA,KAVITA
APPROVED BY  P1835172 CHINKAN,NALIENE       $0.00 FEE       FINAL SETTLEMENT
DRCONGO 071919071915 0387861155 FED # G0171583883401 GLOBAL ID
```

```
-1871867768 SENT      ORIGINATOR (        9918 )   BENEFICIARY              SOFIBANQUE SA
07/06/17 05:00PM      PERM. MISSION OF REP OF C    FOREIGN MINISTRY         4258 AVENUE
FLAMBEAU SET UP 07/06/17      866 UNION PLZ        1 PLACE DEL'INDEPENDANCE
KINSHASA GOMBE      CONGO, THE DEMO    03:52PM     STE 511                  KINSHASA,
GOMBE    $3,330.00    NEW YORK NY 100170000        D.R. CONGO               1
2515518777            PHONE              000095104434 B&P  CHECKING   ACCT#
3300-0     SWIFT    SFBXCDKI            SET UP BY P9751670 KUKA,PETRIT      APPROVED BY
P4547551 SADARA,KAVITA       $0.00 FEE       ENVOIE NO.4/17-FRAIS     DIX-HUIT
PASSEPORTS 20170706B1Q8021C035162 FED # G0171873840801 GLOBAL ID
```

## Wires Outgoing

-1870683179 SENT        ORIGINATOR   (          9918 )  BENEFICIARY          UNITED NATIONS FEDERAL CU  07/06/17 05:04PM      PERM. MISSION OF REP OF C      IGNACE GATA MAVITA       ABA 226078609  SET UP 07/06/17         866 UNION PLZ                          NY
         04:04PM        STE 511                                                    NY
$100,000.00     NEW YORK NY 100170000           11021            1  2515518777
PHONE  6462901196                000095104434 B&P  CHECKING           ACCT# 1030649770002             SET UP BY P9751670 KUKA,PETRIT       APPROVED BY  P4547551 SADARA,KAVITA         $0.00 FEE  20170706B1Q8021C035649 FED # G0171873860301 GLOBAL ID

-2490670111 SENT        ORIGINATOR   (          9918 )  BENEFICIARY           SOFIBANQUE SA 09/06/17 04:26PM      PERM. MISSION OF REP OF C       FOREIGN MINISTRY         4258 AVENUE FLAMBEAU  SET UP 09/06/17       866 UNION PLZ           1 PLACE DEL'INDEPENDANCE KINSHASA GOMBE     CONGO, THE DEMO           04:22PM         STE 511              KINSHASA, GOMBE     $2,035.00      NEW YORK NY 100170000            D.R. CONGO                    1 2515518777          PHONE              000095104434 B&P  CHECKING       ACCT# 3300-0       SWIFT    SFBXCDKI         SET UP BY P9751670 KUKA,PETRIT       APPROVED BY P4547551 SADARA,KAVITA       $0.00 FEE           ENVOIE NO.5/17-FRAIS ONZE     PASSPORTS 20170906B1Q8021C031172 FED # G0172493255401 GLOBAL ID

-2630859064 SENT        ORIGINATOR          9918 )  BENEFICIARY           JP MORGAN CHASE BANK NA  09/20/17 12:09PM      PERM. MISSION OF REP OF C      UNITED NATIONS GENERAL FUND       ABA 021000021  SET UP 09/20/17       866 UNION PLZ        11:06AM       STE 511                                 NY   $641,160.00        NEW YORK NY 100170000 1 2515518777            PHONE                000095104434 B&P CHECKING    ACCT#          1985          SET UP BY P9751670 KUKA,PETRIT      APPROVED BY P6862017 MENDEZ,JOHANNA         P7174761 STAUB,SHAWN       $0.00 FEE           D.R. CONGO OUTSTANDING      CONTRINBUTIONS AS OF      09/20/2017  0713040713040398731121 FED # G0172633224801 GLOBAL ID

-2911665277 SENT        ORIGINATOR              9918 )  BENEFICIARY           CREDIT SUISSE AG  10/18/17 04:49PM       PERM. MISSION OF REP OF C      MISSION PERMANENE DE LA RD CONGO SET UP 10/18/17       866 UNION PLZ          23 AVENUE DE FRANCE           ZURICH SWITZERLAND       04:38PM       STE 511              GENEVE, SWITZERLAND        $10,000.00 NEW YORK NY 100170000            1 2515518777           PHONE              000095104434 B&P  CHECKING        ACCT# CH                    1001     SWIFT    CRESCHZZ80A                      SET UP BY P9751670 KUKA,PETRIT       APPROVED BY  P4547551 SADARA,KAVITA        $0.00 FEE 0730710730680385428165 FED # G0172913212601 GLOBAL ID

## Wires Outgoing

```
-2910612188 SENT       ORIGINATOR   (62188080949918 )   BENEFICIARY              UNITED
NATIONS FEDERAL CU 10/18/17 04:50PM       PERM. MISSION OF REP OF C   IGNACE R MAVITA WA
LUFUTA GATA    ABA 226078609 SET UP 10/18/17     866 UNION PLZ                  ROAD
ROAD     04:24PM      STE 511                                                   NY
$250,000.00       NEW YORK NY 100170000           1 2515518777
PHONE            000095104434 B&P CHECKING       ACCT#          0002      SET UP
BY P9751670 KUKA,PETRIT    APPROVED BY P4547551 SADARA,KAVITA      $0.00 FEE
20171018B1Q8021C030419 FED # G0172913212901 GLOBAL ID
```

```
-3130420315 SENT       ORIGINATOR          9918 )   BENEFICIARY              ECOBANK
KINSHASA 11/09/17 01:46PM       PERM. MISSION OF REP OF C    MUSHOBEKWA LIKULIA MARIE-
ANGE    47 AVENUE NGONGO LUTETE SET UP 11/09/17    866 UNION PLZ         312 AVENUE
DU FLAMBEAU     KINSHASA        CONGO, THE DEMO     01:26PM      STE 511
KINSHASA   $20,000.00       NEW YORK NY 100170000        D.R.CONGO            1
2515518777       PHONE            000095104434 B&P CHECKING       ACCT#
         0501        SWIFT   ECOCCDKI        SET UP BY P9751670 KUKA,PETRIT
APPROVED BY  P4547551 SADARA,KAVITA      $0.00 FEE          ELECTIONS - HRC
G0173133934601 GLOBAL ID
```

```
-3131266004 SENT       ORIGINATOR          9918 )   BENEFICIARY              TRUST
MERCHANT BANK S.A. 11/09/17 01:48PM       PERM. MISSION OF REP OF C   SECRETARY GENERAL
MINAFFET    1 PLACE DU MARCHE SET UP 11/09/17    866 UNION PLZ           1 PLACE DE
L'INDEPENDANCE    KINSHASA        CONGO, THE DEMO     01:36PM      STE 511
KINSHASA    $450.00       NEW YORK NY 100170000        D.R.CONGO            1
2515518777       PHONE            000095104434 B&P CHECKING       ACCT#
        0176/USD   SWIFT   TRMSCD3L          SET UP BY P9751670
KUKA,PETRIT    APPROVED BY  P4547551 SADARA,KAVITA      $0.00 FEE         ENVOIE
NO.005/17 ET 006/17 G0173133941301 GLOBAL ID
```

```
-3131249004 SENT       ORIGINATOR          9918 )   BENEFICIARY              SOFIBANQUE SA
11/09/17 01:44PM       PERM. MISSION OF REP OF C    FOREIGN MINISTRY          4258 AVENUE
FLAMBEAU SET UP 11/09/17      866 UNION PLZ          1 PLACE DEL'INDEPENDANCE
KINSHASA GOMBE    CONGO, THE DEMO     01:19PM      STE 511          KINSHASA,
GOMBE    $6,290.00       NEW YORK NY 100170000        D.R. CONGO            1
2515518777       PHONE            000095104434 B&P CHECKING       ACCT#
3300-0     SWIFT   SFBXCDKI          SET UP BY P9751670 KUKA,PETRIT     APPROVED BY
P4547551 SADARA,KAVITA      $0.00 FEE         ENVOIE NO.6/17-FRAIS 34    PASSPORTS
G0173133928101 GLOBAL ID
```

## Wires Outgoing

```
-3552696472 SENT        ORIGINATOR  (            9918 )  BENEFICIARY              SOFIBANQUE SA
12/21/17 04:56PM   PERM. MISSION OF REP OF C    FOREIGN MINISTRY            4258 AVENUE
FLAMBEAU SET UP 12/21/17    866 UNION PLZ          1 PLACE DEL'INDEPENDANCE
KINSHASA GOMBE   CONGO, THE DEMO    04:21PM    STE 511              KINSHASA,
GOMBE   $3,310.00   NEW YORK NY 100170000       D.R. CONGO               1
2515518777        PHONE          000095104434 B&P  CHECKING    ACCT#
3300-0     SWIFT   SFBXCDKI       SET UP BY P4547551 SADARA,KAVITA   APPROVED BY
P1835172 CHINKAN,NALIENE      $0.00 FEE       ENVOICE NO. 7/17       FRAIS 28
PASSEPORTS G0173555017601 GLOBAL ID
```

```
-3552811372 SENT        ORIGINATOR  (            9918 )  BENEFICIARY              TRUST
MERCHANT BANK S.A. 12/21/17 04:56PM   PERM. MISSION OF REP OF C    SECRETARY GENERAL
MINAFFET    1 PLACE DU MARCHE SET UP 12/21/17    866 UNION PLZ         1 PLACE DE
L'INDEPENDANCE        KINSHASA         CONGO, THE DEMO    04:28PM    STE 511      1
KINSHASA   $60.00   NEW YORK NY 100170000       D.R.CONGO               1
2515518777        PHONE          000095104434 B&P  CHECKING    ACCT#
                0176/USD  SWIFT  TRMSCD3L         SET UP BY P4547551
SADARA,KAVITA    APPROVED BY P1835172 CHINKAN,NALIENE    $0.00 FEE      ENVOIE
NO.007/17 G0173555019001 GLOBAL ID
```

```
-3601850425 SENT        ORIGINATOR  (            9918 )  BENEFICIARY              UNITED
NATIONS FEDERAL CU 12/26/17 03:26PM    PERM. MISSION OF REP OF C    IGNACE R. MAVITA WA
LUFUTA GATA   ABA 226078609 SET UP 12/26/17    866 UNION PLZ
ROAD       02:43PM    STE 511                                               NY
$60,000.00   NEW YORK NY 100170000       1  2515518777
PHONE          000095104434 B&P  CHECKING    ACCT# 1        0002        SET UP
BY P9751670 KUKA,PETRIT    APPROVED BY  P6862017 MENDEZ,JOHANNA    $0.00 FEE
20171226B1Q8021C029934 FED # G0173603588601 GLOBAL ID
```

```
-0512471108 SENT        ORIGINATOR             9918 )  BENEFICIARY              TRUST
MERCHANT BANK S.A. 02/20/18 04:46PM    PERM. MISSION OF REP OF CONGO    SECRETARY
GENERAL MINAFFET    1 PLACE DU MARCHE SET UP 02/20/18    866 UNION PLZ         1
PLACE DE L'INDEPENDANCE         KINSHASA         CONGO, THE DEMO    04:01PM    STE
511          KINSHASA    $310.00   NEW YORK NY 100170000
D.R.CONGO           1  2515518777        PHONE          000095104434 B&P
CHECKING    ACCT#                0176/USD  SWIFT  TRMSCD3L         SET UP BY
P9751670 KUKA,PETRIT    APPROVED BY P1835172 CHINKAN,NALIENE    $0.00 FEE
ENVOIE NO.001/18 G0280510664901 GLOBAL ID
```

## Wires Outgoing

```
-0512466008 SENT        ORIGINATOR  (        9918 )   BENEFICIARY              SOFIBANQUE
SA 02/20/18 04:29PM     PERM. MISSION OF REP OF CONGO    FOREIGN MINISTRY              4258
AVENUE FLAMBEAU SET UP 02/20/18      866 UNION PLZ         1 PLACE
DEL'INDEPENDANCE       KINSHASA GOMBE     CONGO, THE DEMO      03:56PM        STE
511                    KINSHASA, GOMBE     $5,735.00    NEW YORK NY 100170000         D.R.
CONGO              1 2515518777            PHONE              000095104434 B&P
CHECKING    ACCT#              300-0       SWIFT    SFBXCDKI              SET UP BY
P9751670 KUKA,PETRIT      APPROVED BY  P1835172 CHINKAN,NALIENE       $0.00 FEE
ENVOICE NO.001/18        FRAIS 31 PASSEPORTS G0280510589501 GLOBAL ID
```

```
-0791623033 SENT        ORIGINATOR  (        9918 )   BENEFICIARY              SOFIBANQUE
SA 03/20/18 05:19PM     PERM. MISSION OF REP OF CONGO    FOREIGN MINISTRY              4258
AVENUE FLAMBEAU SET UP 03/20/18      866 UNION PLZ         1 PLACE
DEL'INDEPENDANCE       KINSHASA GOMBE     CONGO, THE DEMO      03:44PM        STE
511                    KINSHASA, GOMBE     $6,660.00    NEW YORK NY 100170000         D.R.
CONGO              1 2515518777            PHONE              000095104434 B&P
CHECKING    ACCT#              300-0       SWIFT    SFBXCDKI              SET UP BY
P9751670 KUKA,PETRIT      APPROVED BY  P1390499 RIALE,LEAH            $0.00 FEE
ENVOICE NO.002/18        FRAIS 36 PASSEPORTS G0180794867001 GLOBAL ID
```