# EXHIBIT 8

```
-----------------------------------------------------------------------------------------------------------------------------------
! BGFIBANK RDC                                                                                                  CTB-102-BIRA !
!                             HISTORIQUE DES MOUVEMENTS DU 01/01/2000 AU 18/07/2016                                           !
! Agence ......: 26110-AGENCE VENUS                                                                                           !
! Date ........: 18 Juillet   2016    a    10:12                                                                 Page : 1    !
-----------------------------------------------------------------------------------------------------------------------------------
!                                                                                                                             !
!             Age  Dev Chap.       Compte                  Nom                        Intitule                                !
! Compte No  ..: 26110 USD 330104          14-36   SUD OIL                      SUD OIL/ IMMO                                 !
! No Client  ..: 0000476                                                                                                      !
!                                                                                                                             !
-----------------------------------------------------------------------------------------------------------------------------------
!Date compta!Date valeur!Util!Exo! No piece  !No eve!Ope!         Libelle            !         Debit       !        Credit     !
-----------------------------------------------------------------------------------------------------------------------------------
!           !           !    !   !           !      !   !                            !                     !                   !
!           !           !    !   !           !      !   ! Solde au   01/01/2000      !                     !             0,00!
!           !           !    !   !           !      !   !                            !                     !                   !
!29/04/2014 !30/04/2014 !KUHE!N  !VC101009811!009811!101! VIR.RECU   NIVELLEMENT     !                     !           100,00!
!           !           !    !   !           !      !   ! Virement Èmis par : SUD OIL!                     !                   !
!           !           !    !   !           !      !   ! Motif : NIVELLEMENT        !                     !                   !
!30/04/2014 !30/04/2014 !BUOL!N  !SB166000285!000285!083! PTM LOYER APPART 3D/SUD OIL!                     !         3.500,00!
!30/04/2014 !30/04/2014 !BUOL!N  !SB166000287!000287!083! PMT GARANTI LOC APP 3D/SUD OIL!                  !        10.500,00!
!05/05/2014 !30/04/2014 !AUTO!O  !AG138421   !138421!751! AGIOS DU 31/03/14 AU 30/04/14 !           8,12!                      !
!16/05/2014 !16/05/2014 !EKMI!N  !DV066965   !066965!023! VERS.DEV. APPRO COMPTE     !                     !        78.000,00!
!19/05/2014 !19/05/2014 !BOFR!N  !RD001049687!049687!024! RET.DEV.            26100! !         506,92!                      !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR DAVID !                  !                   !
!           !           !    !   !           !      !   ! EZEKIEL                    !                     !                   !
!           !           !    !   !           !      !   ! ChÈque n∞ 00261958         !                     !                   !
!19/05/2014 !19/05/2014 !BOFR!N  !RA041341   !041341!027! RET.DEV.CH                 !      87.000,00!                          !
!           !           !    !   !           !      !   ! ChÈque n∞ 00261958         !                     !                   !
!28/05/2014 !29/05/2014 !MOJO!N  !VC101010655!010655!101! VIR.RECU   APPRO COMPTE    !                     !       143.200,00!
!           !           !    !   !           !      !   ! Virement Èmis par : SUD OIL!                     !                   !
!           !           !    !   !           !      !   ! Motif : APPRO COMPTE       !                     !                   !
!04/06/2014 !05/06/2014 !NGOR!O  !VA101006520!006520!108! SEZO INTERNATIONAL TRADING COM!                  !        87.500,00!
!           !           !    !   !           !      !   ! MOTIF DU VIREMENT : APRO   !                     !                   !
!           !           !    !   !           !      !   ! D'ACOMPTE                  !                     !                   !
!11/06/2014 !11/06/2014 !BUOL!N  !SB166000753!000753!083! BGFI-PMT LOYER QPP 3D JUIN 14 !                  !         3.500,00!
!20/06/2014 !20/06/2014 !LODI!N  !DV072206   !072206!023! VERS.DEV. APPRO COMPTE     !                     !        32.000,00!
!10/07/2014 !10/07/2014 !BUOL!N  !SB166001235!001235!083! BGFI-LOYER APP 3D JUIL14/SUD O!                  !         3.500,00!
!05/08/2014 !05/08/2014 !BUOL!N  !SB166001635!001635!083! PMT LOYER APP 3D AOUT 14/SUD O!                  !         3.500,00!
!18/08/2014 !18/08/2014 !LODI!N  !DV080545   !080545!023! VERS.DEV. APPRO COMPTE     !                     !        20.000,00!
!22/08/2014 !22/08/2014 !LODI!N  !DV081654   !081654!023! VERS.DEV. APPRO COMPTE     !                     !        72.000,00!
!25/08/2014 !25/08/2014 !LODI!N  !DV081958   !081958!023! VERS.DEV. APPRO COMPTE     !                     !        20.000,00!
!27/08/2014 !28/08/2014 !KUHE!N  !VC101013275!013275!101! VIR.RECU   NIVELLEMENT     !                     !        44.000,00!
!           !           !    !   !           !      !   ! Virement Èmis par : SUD OIL!                     !                   !
!           !           !    !   !           !      !   ! Motif : NIVELLEMENT        !                     !                   !
!01/09/2014 !01/09/2014 !LODI!N  !RD001057775!057775!024! RET.DEV.            26100! !         419,92!                      !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR DAVID !                  !                   !
!           !           !    !   !           !      !   ! EZEKIEL                    !                     !                   !
!           !           !    !   !           !      !   ! ChÈque n∞ 00392297         !                     !                   !
!01/09/2014 !01/09/2014 !LODI!N  !RA047949   !047949!027! RET.DEV.CH                 !      72.000,00!                          !
!           !           !    !   !           !      !   ! ChÈque n∞ 00392297         !                     !                   !
!01/09/2014 !01/09/2014 !NSNE!N  !SB166002006!002006!083! PMT LOYER APP 3D/SUD OIL SEP14!                  !         3.500,00!
!01/10/2014 !30/09/2014 !AUTO!O  !AG172285   !172285!751! AGIOS DU 31/08/14 AU 30/09/14 !           9,28!                      !
!02/10/2014 !02/10/2014 !BANA!N  !SB211002494!002494!083! BFI-PMT LOYER 3D/SUD OIL OCT14!                  !         3.500,00!
!27/10/2014 !28/10/2014 !KUHE!N  !VC101015164!015164!101! VIR.RECU   PMT FACTURE     !                     !        34.000,00!
!           !           !    !   !           !      !   ! Virement Èmis par : SUD OIL!                     !                   !
!           !           !    !   !           !      !   ! Motif : PMT FACTURE        !                     !                   !
!29/10/2014 !29/10/2014 !BANA!N  !SB130002976!002976!083! PMT LOYER AAP 3D/SUD OIL NOV14!                  !         3.500,00!
!04/11/2014 !31/10/2014 !AUTO!O  !AG179797   !179797!751! AGIOS DU 30/09/14 AU 31/10/14 !           9,28!                      !
!19/11/2014 !20/11/2014 !KUHE!N  !VC101015774!015774!101! VIR.RECU   APPRO COMPTE    !                     !        34.200,00!
-----------------------------------------------------------------------------------------------------------------------------------
```

```
-----------------------------------------------------------------------------------------------------------------------
! BGFIBANK RDC                                                                                         CTB-102-BIRA !
!                         HISTORIQUE DES MOUVEMENTS DU 01/01/2000 AU 18/07/2016                                      !
! Agence ......: 26110-AGENCE VENUS                                                                                  !
! Date ........: 18 Juillet   2016    a   10:12                                                         Page : 2     !
-----------------------------------------------------------------------------------------------------------------------
!                                                                                                                    !
!              Age  Dev Chap.     Compte                    Nom                        Intitule                      !
! Compte No  ..: 26110 USD 330104         ████████14-36  SUD OIL                    SUD OIL/ IMMO                    !
! No Client  ..: 0000476                                                                                             !
!                                                                                                                    !
-----------------------------------------------------------------------------------------------------------------------
!Date compta!Date valeur!Util!Exo! No piece  !No eve!Ope!         Libelle            !       Debit      !       Credit    !
-----------------------------------------------------------------------------------------------------------------------
!           !           !    !   !           !      !   ! Virement Èmis par : SUD OIL !                  !                  !
!           !           !    !   !           !      !   ! Motif : APPRO COMPTE        !                  !                  !
!01/12/2014 !01/12/2014 !BANA!N  !SB166003508!003508!083! BGFI PMT LOYER SUD OIL DEC14!                  !         3.500,00!
!01/12/2014 !30/11/2014 !AUTO!O  !AG187567   !187567!751! AGIOS DU 31/10/14 AU 30/11/14!             9,28!                  !
!08/12/2014 !08/12/2014 !BAAN!N  !RD001065705!065705!024! RET.DEV.           26100   !         1.742,32!                  !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR DAVID!                 !                  !
!           !           !    !   !           !      !   ! EZEKIEL                     !                  !                  !
!           !           !    !   !           !      !   ! ChÈque n∞ 00421629          !                  !                  !
!08/12/2014 !08/12/2014 !BAAN!N  !RA053507   !053507!027! RET.DEV.CH                  !       300.000,00!                  !
!           !           !    !   !           !      !   ! ChÈque n∞ 00421629          !                  !                  !
!10/12/2014 !10/12/2014 !BAAN!N  !RD001065982!065982!024! RET.DEV.           26100   !           164,72!                  !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR DAVID!                 !                  !
!           !           !    !   !           !      !   ! EZEKIEL                     !                  !                  !
!           !           !    !   !           !      !   ! ChÈque n∞ 00007651          !                  !                  !
!10/12/2014 !10/12/2014 !BAAN!N  !RA053748   !053748!027! RET.DEV.CH                  !        28.000,00!                  !
!           !           !    !   !           !      !   ! ChÈque n∞ 00007651          !                  !                  !
!16/12/2014 !16/12/2014 !BAAN!N  !RD001066541!066541!024! RET.DEV.           26100   !           582,32!                  !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR DAVID!                 !                  !
!           !           !    !   !           !      !   ! EZEKIEL                     !                  !                  !
!           !           !    !   !           !      !   ! ChÈque n∞ 00007655          !                  !                  !
!16/12/2014 !16/12/2014 !BAAN!N  !RD001066583!066583!024! RET.DEV.           26100   !            31,32!                  !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR DAVID!                 !                  !
!           !           !    !   !           !      !   ! EZEKIEL                     !                  !                  !
!           !           !    !   !           !      !   ! ChÈque n∞ 00421714          !                  !                  !
!16/12/2014 !16/12/2014 !BAAN!N  !RA054118   !054118!027! RET.DEV.CH                  !       100.000,00!                  !
!           !           !    !   !           !      !   ! ChÈque n∞ 00007655          !                  !                  !
!16/12/2014 !16/12/2014 !BAAN!N  !RA054143   !054143!027! RET.DEV.CH                  !         5.000,00!                  !
!           !           !    !   !           !      !   ! ChÈque n∞ 00421714          !                  !                  !
!29/12/2014 !29/12/2014 !LOPA!N  !RD001067529!067529!024! RET.DEV.           26100   !            31,32!                  !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR DAVID!                 !                  !
!           !           !    !   !           !      !   ! EZEKIEL                     !                  !                  !
!           !           !    !   !           !      !   ! ChÈque n∞ 00228949          !                  !                  !
!29/12/2014 !29/12/2014 !LOPA!N  !RA054854   !054854!027! RET.DEV.CH                  !         5.000,00!                  !
!           !           !    !   !           !      !   ! ChÈque n∞ 00228949          !                  !                  !
!02/01/2015 !31/12/2014 !AUTO!O  !AG195539   !195539!751! AGIOS DU 30/11/14 AU 31/12/14!             9,28!                  !
!08/01/2015 !08/01/2015 !NSNE!N  !SB211004302!004302!083! BGFI/PMT LOYER SUD OIL JANV14!                  !         3.500,00!
!02/02/2015 !31/01/2015 !AUTO!O  !AG204579   !204579!751! AGIOS DU 31/12/14 AU 31/01/15!             9,28!                  !
!05/02/2015 !05/02/2015 !BUOL!N  !SB166004579!004579!083!  PYT LOYER SUD OIL FEVRIER 15!                  !         3.500,00!
!12/02/2015 !12/02/2015 !BUOL!N  !SB149000202!000202!224! ACH GROUP+INVERSER GUIC FCTION!                 !        28.579,40!
!16/02/2015 !13/02/2015 !KUHE!N  !VS101008526!008526!104! VIR.EMIS  SEZO INTERNATIONAL T!         28.579,40!              !
!           !           !    !   !           !      !   ! Virement en faveur de : SEZO !                  !                  !
!           !           !    !   !           !      !   ! INTERNATIONAL TRADING COM    !                  !                  !
!           !           !    !   !           !      !   ! Motif : PMT FACTURE          !                  !                  !
!19/02/2015 !19/02/2015 !MABI!N  !SB165002495!002495!129! FRAIS ATTEFRAIS ACHAT OV 00283!             3,00!                  !
!02/03/2015 !28/02/2015 !AUTO!O  !AG213239   !213239!751! AGIOS DU 31/01/15 AU 28/02/15!             9,28!                  !
!05/03/2015 !05/03/2015 !BAAN!N  !DV105833   !105833!023! VERS.DEV. APPRO COMPTE       !                  !        10.000,00!
-----------------------------------------------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------------------------------------
! BGFIBANK RDC                                                                              CTB-102-BIRA !
!                             HISTORIQUE DES MOUVEMENTS DU 01/01/2000 AU 18/07/2016                       !
! Agence ......: 26110-AGENCE VENUS                                                                       !
! Date ........: 18 Juillet  2016    a   10:12                                              Page : 3      !
--------------------------------------------------------------------------------------------------------------
!                                                                                                         !
!              Age  Dev Chap.     Compte              Nom                    Intitule                     !
! Compte No  ..: 26110 USD 330104            14-36    SUD OIL                SUD OIL/ IMMO                !
! No Client  ..: 0000476                                                                                  !
!                                                                                                         !
--------------------------------------------------------------------------------------------------------------
!Date compta!Date valeur!Util!Exo! No piece  !No eve!Ope!       Libelle         !    Debit    !   Credit     !
--------------------------------------------------------------------------------------------------------------
!           !           !    !   !           !      !   !                       !             !              !
!20/03/2015 !20/03/2015 !NAJO!N  !SB166005352!005352!083! BGFI-LOYER APP3D/MARS015/SUD O!      !      3.500,00!
!01/04/2015 !01/04/2015 !NAJO!N  !SB166005638!005638!083! BGFI-LOYER APP3D/AVR015/SUD OI!      !      3.500,00!
!01/04/2015 !01/04/2015 !NAJO!N  !SB166005638!005638!083! BGFI-LOYER APP3D/AVR015/SUD OI!      !      3.500,00!
!01/04/2015 !31/03/2015 !AUTO!O  !AG221213   !221213!751! AGIOS DU 28/02/15 AU 31/03/15 !        9,28!        !
!01/04/2015 !31/03/2015 !AUTO!O  !AG221213   !221213!751! AGIOS DU 28/02/15 AU 31/03/15 !        9,28!        !
!01/04/2015 !01/04/2015 !REGU!O  !HOTL150401 !000000!899! REGULARISATION 01/04/15       !    3.490,72!        !
!05/05/2015 !05/05/2015 !NAJO!N  !SB166006152!006152!083! BGFI-LOYER MAI2015/APP3D/SUDOI!      !      3.500,00!
!06/05/2015 !30/04/2015 !AUTO!O  !AG228001   !228001!751! AGIOS DU 31/03/15 AU 30/04/15 !        9,28!        !
!01/06/2015 !31/05/2015 !AUTO!O  !AG234667   !234667!751! AGIOS DU 30/04/15 AU 31/05/15 !        9,28!        !
!02/06/2015 !02/06/2015 !NAJO!N  !SB166006663!006663!083! BGFI-LOYER JUIN 2015/APPART 3D!      !      3.500,00!
!01/07/2015 !30/06/2015 !AUTO!O  !AG240961   !240961!751! AGIOS DU 31/05/15 AU 30/06/15 !        9,28!        !
!03/07/2015 !03/07/2015 !NAJO!N  !SB166007166!007166!083! BGFI-LOYER JUILLET 2015/APP 3D!      !      3.500,00!
!04/08/2015 !31/07/2015 !AUTO!O  !AG248069   !248069!751! AGIOS DU 30/06/15 AU 31/07/15 !        9,28!        !
!12/08/2015 !12/08/2015 !NAJO!N  !SB166007808!007808!083! BGFI-LOYER AOUT 2015/APP 3D   !      !      3.500,00!
!01/09/2015 !31/08/2015 !AUTO!O  !AG256971   !256971!751! AGIOS DU 31/07/15 AU 31/08/15 !        9,28!        !
!03/09/2015 !03/09/2015 !NAJO!N  !SB211008160!008160!083! BGFI-LOYER SEPT 2015/APP 3D   !      !      3.500,00!
!02/10/2015 !30/09/2015 !AUTO!O  !AG265259   !265259!751! AGIOS DU 31/08/15 AU 30/09/15 !        9,28!        !
!06/10/2015 !06/10/2015 !NAJO!N  !SB130008634!008634!083! BGFI-LOYER OCTOBRE2015/APP3D  !      !      3.500,00!
!03/11/2015 !31/10/2015 !AUTO!O  !AG272315   !272315!751! AGIOS DU 30/09/15 AU 31/10/15 !        9,28!        !
!04/11/2015 !04/11/2015 !NAJO!N  !SB211009260!009260!083! BGFI-LOYER NOVEMBRE2015/APP3D !      !      3.500,00!
!01/12/2015 !30/11/2015 !AUTO!O  !AG278579   !278579!751! AGIOS DU 31/10/15 AU 30/11/15 !        9,28!        !
!03/12/2015 !03/12/2015 !NAJO!N  !SB130009838!009838!083! BGFI-LOYER APP3D DEC15/SUD OIL!      !      3.500,00!
!03/12/2015 !03/12/2015 !NSNE!N  !SB130009865!009865!083! BGFI/PMT LOYE AOUT-NOV/APP DAI!      !     17.200,00!
!03/12/2015 !03/12/2015 !NSNE!N  !SB175002378!002378!211! BGFI/GARANTI LOCATIVE/APPT DAI!      !     25.800,00!
!03/12/2015 !03/12/2015 !NSNE!N  !SB175002379!002379!211! REG ECRIT DU 19/08 DEPENSE DAI!   28.686,60!        !
!08/12/2015 !08/12/2015 !NSNE!N  !SB214001356!001356!217! BGFI/PMT LOYE DEC-FEVR/APP DAI!      !     12.900,00!
!14/12/2015 !14/12/2015 !BUJO!N  !RD001099887!099887!024! RET.DEV.           26100!        403,76!            !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR      !             !        !
!           !           !    !   !           !      !   ! EZEKIEL                      !             !        !
!           !           !    !   !           !      !   ! ChÈque n∞ 00550247           !             !        !
!14/12/2015 !14/12/2015 !BUJO!N  !RA076400   !076400!027! RET.DEV.CHMR EZEKIEL         !     69.214,00!      !
!           !           !    !   !           !      !   ! RETRAIT EFFECTUE PAR : MR    !             !        !
!           !           !    !   !           !      !   ! EZEKIEL                      !             !        !
!           !           !    !   !           !      !   ! ChÈque n∞ 00550247           !             !        !
!05/01/2016 !05/01/2016 !NAJO!N  !SB130010318!010318!083! BGFI-LOYER JANV2016/APP3D/SUD !      !      3.500,00!
!05/01/2016 !31/12/2015 !AUTO!O  !AG284999   !284999!751! AGIOS DU 30/11/15 AU 31/12/15 !        9,28!        !
!03/02/2016 !31/01/2016 !AUTO!O  !AG292863   !292863!751! AGIOS DU 31/12/15 AU 31/01/16 !        9,28!        !
!05/02/2016 !05/02/2016 !NAJO!N  !SB130010922!010922!083! BGFI-LOYER FEVRIER2016/APP3D  !      !      3.500,00!
!02/03/2016 !29/02/2016 !AUTO!O  !AG299363   !299363!751! AGIOS DU 31/01/16 AU 29/02/16 !        9,28!        !
!04/03/2016 !04/03/2016 !NAJO!N  !SB130011347!011347!083! BGFI-LOYER MARS2016/APP 3D/SUD!      !      3.500,00!
!04/03/2016 !04/03/2016 !NAJO!N  !SB214001788!001788!217! BGFI-LOYER MARS-MAI016/APP DAI!      !     12.900,00!
!04/04/2016 !31/03/2016 !AUTO!O  !AG305973   !305973!751! AGIOS DU 29/02/16 AU 31/03/16 !        9,28!        !
!05/04/2016 !05/04/2016 !NAJO!N  !SB130011809!011809!083! BGFI-LOYER/AVRIL2016/APP 3D   !      !      3.500,00!
!02/05/2016 !30/04/2016 !AUTO!O  !AG312757   !312757!751! AGIOS DU 31/03/16 AU 30/04/16 !        9,28!        !
!04/05/2016 !04/05/2016 !NAJO!N  !SB130012273!012273!083! BGFI-LOYER MAI 2016/APP 3D/SUD!      !      3.500,00!
!16/05/2016 !18/05/2016 !MAMA!N  !VR100005613!005613!650! VIR.RECU R26110 RPT00008194   !      !   6.809.854,00!
--------------------------------------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------------------------------------------
! BGFIBANK RDC                                                                                      CTB-102-BIRA !
!                          HISTORIQUE DES MOUVEMENTS DU 01/01/2000 AU 18/07/2016                                  !
! Agence ......: 26110-AGENCE VENUS                                                                               !
! Date ........: 18 Juillet   2016    a   10:12                                                   Page : 4        !
--------------------------------------------------------------------------------------------------------------------
!
!              Age  Dev Chap.       Compte                  Nom                       Intitule
! Compte No  ..: 26110 USD 330104          14-36    SUD OIL                      SUD OIL/ IMMO
! No Client  ..: 0000476
!
--------------------------------------------------------------------------------------------------------------------
!Date compta!Date valeur!Util!Exo! No piece  !No eve!Ope!       Libelle           !    Debit      !    Credit      !
--------------------------------------------------------------------------------------------------------------------
!           !           !    !   !           !      !   ! DONNEUR D'ORDRE : PERM.MISSION!          !                !
!           !           !    !   !           !      !   ! OF REP C                      !          !                !
!16/05/2016 !18/05/2016 !MAMA!N  !VR100005614!005614!650! VIR.RECU R26110 RPT00008195   !          !   7.500.000,00 !
!           !           !    !   !           !      !   ! DONNEUR D'ORDRE : BANQUE      !          !                !
!           !           !    !   !           !      !   ! CENTRALE DU CONGO             !          !                !
!25/05/2016 !25/05/2016 !LODI!N  !RD001116986!116986!024! RET.DEV.           26100      !  3.714,32!                !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MARC     !          !                !
!           !           !    !   !           !      !   ! PIEDBOEUF                     !          !                !
!           !           !    !   !           !      !   ! ChÈque n∞ 00651203            !          !                !
!25/05/2016 !25/05/2016 !LODI!N  !RA087532   !087532!027! RET.DEV.CHMARC PIEDBOEUF      !640.000,00!                !
!           !           !    !   !           !      !   ! RETRAIT EFFECTUE PAR : MARC   !          !                !
!           !           !    !   !           !      !   ! PIEDBOEUF                     !          !                !
!           !           !    !   !           !      !   ! ChÈque n∞ 00651203            !          !                !
!01/06/2016 !31/05/2016 !AUTO!O  !AG319537   !319537!751! AGIOS DU 30/04/16 AU 31/05/16 !      9,28!                !
!03/06/2016 !03/06/2016 !NAJO!N  !SB130012798!012798!083! BGFI-LOYER APP3D/ JUIN2016/SUD!          !       3.500,00 !
!03/06/2016 !03/06/2016 !NAJO!N  !SB214002137!002137!217! BGFI-LOYER DAI/JUIN-AOUT16/SUD!          !      12.900,00 !
!08/06/2016 !13/05/2016 !MOJO!O  !DC110000222!000191!300! SOUSCRIPTION DAT 1 A 3M       !7.500.000,00!              !
!13/06/2016 !14/06/2016 !MOJO!N  !VC101037010!037010!101! VIR.RECU  CONGO CONSTRUCTION C!          !   7.456.000,00 !
!           !           !    !   !           !      !   ! Virement Èmis par : CONGO     !          !                !
!           !           !    !   !           !      !   ! CONSTRUCTION COMPANY          !          !                !
!           !           !    !   !           !      !   ! Motif : PROVISION PRODUIT     !          !                !
!           !           !    !   !           !      !   ! PETROLIER                     !          !                !
!13/06/2016 !10/06/2016 !MOJO!N  !VS101013097!013097!104! VIR.EMIS  KWANZA CAPITAL SA   !5.821.649,00!              !
!           !           !    !   !           !      !   ! Motif du virement VIREMENT    !          !                !
!           !           !    !   !           !      !   ! Motif : VIREMENT              !          !                !
!13/06/2016 !10/06/2016 !MOJO!N  !SB180000085!000085!175! SOLDE RETRAIT 10 MILLIONS     !2.000.000,00!              !
!13/06/2016 !10/06/2016 !MOJO!N  !SB180000089!000089!175! REGUL ECRIT.DU 13/06/2016     !7.456.000,00!              !
!13/06/2016 !13/06/2016 !MOJO!N  !SB180000091!000091!175! REGUL ECRIT.DU 13/06/2016     !          !   5.821.649,00 !
!13/06/2016 !13/06/2016 !MOJO!N  !SB180000092!000092!175! EXT ECRIT.DU 13/06/2016       !          !   2.000.000,00 !
!13/06/2016 !13/06/2016 !MOJO!O  !DC110000222!000193!300! DAT CT 1 A 3 MOIS             !          !   7.515.104,17 !
!16/06/2016 !16/06/2016 !KPNE!N  !RD001119734!119734!024! RET.DEV.           26100      !     89,32!                !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR  DAVID!          !                !
!           !           !    !   !           !      !   ! EZEKIEL                       !          !                !
!           !           !    !   !           !      !   ! ChÈque n∞ 00686459            !          !                !
!16/06/2016 !16/06/2016 !KPNE!N  !RA089314   !089314!027! RET.DEV.CHMR DAVID  EZEKIEL  ! 15.000,00!                !
!           !           !    !   !           !      !   ! RETRAIT EFFECTUE PAR : MR     !          !                !
!           !           !    !   !           !      !   ! DAVID  EZEKIEL                !          !                !
!           !           !    !   !           !      !   ! ChÈque n∞ 00686459            !          !                !
!20/06/2016 !20/06/2016 !LODI!N  !RD001120075!120075!024! RET.DEV.           26100      !  6.382,32!                !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR ANDRE !          !                !
!           !           !    !   !           !      !   ! GREGORY                       !          !                !
!           !           !    !   !           !      !   ! ChÈque n∞ 00615173            !          !                !
!20/06/2016 !20/06/2016 !LODI!N  !RA089525   !089525!027! RET.DEV.CHMR ANDRE GREGORY    !1.100.000,00!              !
!           !           !    !   !           !      !   ! RETRAIT EFFECTUE PAR : MR     !          !                !
!           !           !    !   !           !      !   ! ANDRE GREGORY                 !          !                !
--------------------------------------------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------------------------------------------
! BGFIBANK RDC                                                                                    CTB-102-BIRA !
!                         HISTORIQUE DES MOUVEMENTS DU 01/01/2000 AU 18/07/2016                                 !
! Agence ......: 26110-AGENCE VENUS                                                                             !
! Date ........: 18 Juillet  2016   a   10:12                                                      Page : 5    !
------------------------------------------------------------------------------------------------------------------
!                                                                                                               !
!              Age  Dev Chap.    Compte                Nom                    Intitule                          !
! Compte No  ..: 26110 USD 330104         14-36    SUD OIL                    SUD OIL/ IMMO                     !
! No Client  ..: 0000476                                                                                        !
!                                                                                                               !
------------------------------------------------------------------------------------------------------------------
!Date compta!Date valeur!Util!Exo! No piece  !No eve!Ope!       Libelle           !       Debit     !     Credit     !
------------------------------------------------------------------------------------------------------------------
!           !           !    !   !           !      !   ! ChËque n∞ 00615173      !                 !                !
!28/06/2016 !15/06/2016 !MOJO!O  !DC120000230!000464!310! SOUSCRIPTION DAT 3 A 6M  !    7.500.000,00 !                !
!01/07/2016 !30/06/2016 !AUTO!O  !AG326203   !326203!751! AGIOS DU 31/05/16 AU 30/06/16 !    8.759,83 !                !
!04/07/2016 !04/07/2016 !NSNE!N  !SB130013348!013348!083! BGFI-LOYER/JUIN 2016/APP3D !              !       3.500,00 !
!05/07/2016 !05/07/2016 !MOJO!N  !SB180000096!000096!175! REGLEMENT               !                 !  32.432.432,43 !
!07/07/2016 !06/07/2016 !MOJO!N  !SB180000097!000097!175! SWAP                    !   30.286.204,63 !                !
!15/07/2016 !15/07/2016 !LODI!N  !RD001122934!122934!024! RET.DEV.         26100! !         234,32  !                !
!           !           !    !   !           !      !   ! Retrait effectuÈ par MR DAVID !          !                 !
!           !           !    !   !           !      !   ! EZEKIEL                 !                 !                !
!           !           !    !   !           !      !   ! ChËque n∞ 00780065      !                 !                !
!15/07/2016 !15/07/2016 !LODI!N  !RA091268   !091268!027! RET.DEV.CHMR DAVID EZEKIEL !      40.000,00 !              !
!           !           !    !   !           !      !   ! RETRAIT EFFECTUE PAR : MR !                !                !
!           !           !    !   !           !      !   ! DAVID EZEKIEL           !                 !                !
!           !           !    !   !           !      !   ! ChËque n∞ 00780065      !                 !                !
!           !           !    !   !           !      !   !                         !                 !                !
!           !           !    !   !           !      !   ! Total mouvements        !    63.109.102,34 !  70.328.819,00 !
!           !           !    !   !           !      !   !                         !                 !                !
!           !           !    !   !           !      !   ! Solde au   18/07/2016   !                 !   7.219.716,66 !
------------------------------------------------------------------------------------------------------------------
```