Greenbaum & Associates, LLC
File No. TIG170936
Tax ID #  04-03130832
No Title Exam/No Title Insurance


AFTER RECORDING, PLEASE RETURN TO:
Greenbaum & Associates, LLC
2275 Research Blvd., #500
Rockville, MD 20850

**This Deed**, made this 19th day of March, 2018, by and between Aneth D. SF **MTWALE**, GRANTOR, and **THE BALANNE FAMILY LIVING TRUST**, GRANTEE.

**This deed transfers an interest in real property to a trust without any consideration other than an obligation under a mortgage or deed of trust encumbering the transferred property.** *12-108 (ee) of the MARYLAND Tax Property ARTICLE AND 14.5-1001 OF THE ESTATES AND TRUST ARTICLE*

**Witnesseth** —

**That in consideration** of the sum of No and 00/100 Dollars ($.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt of which is hereby acknowledged, the said Grantor does hereby grant and convey to the said Grantee, as sole owner, in fee simple, all that lot of ground situate in the County of Montgomery, State of Maryland and described as follows, that is to say:

> Lot numbered Ninety-six (96) in Block lettered "A" in the subdivision known as "TOWER OAKS" as per plat recorded in Plat Book 179 at Plat No. 19998, among the Land Records of Montgomery County, Maryland.
>
> BEING the fee simple property which, by Deed dated September 25, 2017, and recorded in the Land Records of the County of Montgomery, Maryland, in Liber 55077, Folio 317, was granted and conveyed by Selemani F. Mtwale and Aneth D. SF Mtwale unto Aneth D. SF Mtwale.
>
> AND BEING the fee simple property which, by Deed dated August 10, 2015, and recorded in the Land Records of the County of Montgomery, Maryland, in Liber 50883, Folio 418, was granted and conveyed by Barnaby Meadows and Stephanie Meadows unto Selemani F. Mtwale and Aneth D. SF Mtwale.

**Together with** the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said The Balanne Family Living Trust, as sole owner, in fee simple.

**And** the Grantor hereby covenants that she has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that they will warrant Specially the property hereby granted; and that she will execute such further assurances of the same as may be requisite.

MONTGOMERY COUNTY, MD
APPROVED BY _____

APR 1 7 2018

$ Exempt  RECORDATION TAX PAID
$ Exempt  TRANSFER TAX PAID

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 55925, p. 0328, MSA_CE63_55882. Date available 04/25/2018. Printed 11/19/2021.

**In Witness Whereof**, Grantor has caused this Deed to be properly executed and sealed the day and year first above written.

_____          _____(SEAL)
                                    Aneth D. SF Mtwale

STATE OF MARYLAND         } ss
COUNTY OF MONTGOMERY

    I HEREBY CERTIFY, That on this 19th day of March, 2018, before me, the subscriber, a Notary Public for the aforementioned State, personally appeared, Aneth D. SF Mtwale, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.



RYAN D. MALET
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
October 27, 2019

_____
Notary Public

My Commission Expires: 10/27/19

    THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
Ryan D. Malet, Attorney

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 55925, p. 0329, MSA_CE63_55882. Date available 04/25/2018. Printed 11/19/2021.

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City  ☒ County: Montgomery

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

| 1 | Type(s) of Instruments | (☐ Check Box if addendum Intake Form is Attached.) | | | |
|---|---|---|---|---|---|
| | | X Deed / Deed of Trust | ☐ Mortgage / Lease | ☐ Other ____ | ☐ Other ____ |
| 2 | Conveyance Type Check Box | ☐ Improved Sale Arms-Length [1] | ☐ Unimproved Sale Arms-Length [2] | ☐ Multiple Accounts Arms-Length [3] | X Not an Arms-Length Sale [9] |
| 3 | Tax Exemptions (if applicable) Cite or Explain Authority | Recordation: Transfer of real property to trust | | | |
| | | State Transfer: Transfer of real property to trust | | | |
| | | County Transfer: Transfer of real property to trust | | | |

### 4 Consideration and Tax Calculations

| Consideration Amount | | Finance Office Use Only Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ | Transfer Tax Consideration | $ |
| Any New Mortgage | $ | X ( ) % = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount − | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

### 5 Fees

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ | Agent: |
| Surcharge | $ 40.00 | $ | |
| State Recordation Tax | $ | $ | Tax Bill: |
| State Transfer Tax | $ | $ | |
| County Transfer Tax | $ | $ | C.B. Credit: |
| Other | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |

### 6 Description of Property

SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| | 04-03130832 | 55077/317 | | | ☐ (5) |
| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
| Tower Oaks | 96 | A | | 50883/418 | |

Location/Address of Property Being Conveyed (2)
1224 Treasure Oak Court, Rockville, MD 20852

Other Property Identifiers (if applicable) | Water Meter Account No.

Residential ☒ or Non-Residential ☐  Fee Simple ☒ or Ground Rent ☐  Amount: N/A
Partial Conveyance? ☐ Yes ☒ No  Description/Amt. of SqFt/Acreage Transferred: N/A
If Partial Conveyance, List Improvements Conveyed: N/A

### 7 Transferred From

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Aneth D. SF Mtwale | |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

### 8 Transferred To

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| The Balanne Family Living Trust | |

New Owner's (Grantee) Mailing Address
1224 Treasure Oak Court, Rockville, MD 20852

### 9 Other Names to Be Indexed

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | |

### 10 Contact/Mail Information

Instrument Submitted By or Contact Person
Name: Todd I. Greenbaum
Firm: Greenbaum & Associates, LLC
Address: 2275 Research Blvd., #500
Rockville, MD 20850    Phone: ( )

☒ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

### 11 Assessment Information

**IMPORTANT:** *BOTH THE ORIGINAL DEED AND A PHOTCOPY MUST ACCOMPANY EACH TRANSFER*

☐ Yes ☒ No  Will the property being conveyed be the grantee's principal residence?
☐ Yes ☒ No  Does transfer include personal property? If yes, identify:
☐ Yes ☒ No  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

### Assessment Use Only – Do Not Write Below This Line

Terminal Verification ____  Agricultural Verification ____  Whole ____ Part ____  Tran. Process Verification ____
Transfer Number ____  Date Received: ____  Deed Reference: ____  Assigned Property No.: ____

| | Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|---|
| | Land | | | Zoning | Grid | Plat | Lot |
| | Buildings | | | Use | Parcel | Section | Occ. Cd. |
| | Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution: ☐ Clerk's Office  ☐ SDAT  AOC-CC-300 (5/2007)
☐ Office of Finance  ☐ Preparer

TIG170936

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 55925, p. 0330, MSA_CE63_55882. Date available 04/25/2018. Printed 11/19/2021.

BOOK: 55925 PAGE: 331

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 55925, p. 0331, MSA_CE63_55882. Date available 04/25/2018. Printed 11/19/2021.

```
LR - Deed (No-Taxes)
Recording Fee      20.00
Name: BALANNE
Ref:
LR - Deed (No-Taxes)
Surcharge          40.00
========================
SubTotal:          60.00
========================
Total:             60.00
04/23/2018   01:45
                  CC15-CP
#10226780 CC0602 -
Montgomery
County/CC06.02.05 -
Register 05
```



## DOCUMENT VALIDATION PAGE
### FOR CLERK'S USE ONLY
### (EXCLUDED FROM PAGE COUNT FOR CERTIFIED COPY)

**BARBARA H. MEIKLEJOHN**
Clerk of the Circuit Court for Montgomery County
50 Maryland Avenue
Rockville, Maryland 20850
Recording and Licensing
(240) 777-9470