# SPECIAL WARRANTY DEED

1 of 1

**THIS DEED**, made this 15th day of May, 2018, by and between 5400 GROSVENOR LLC, A Delaware Limited Liability Company, party of the first part, and ANETH DORAH SF MTWALE, Trustee of THE BALANNE FAMILY LIVING TRUST dated January 31, 2018 and any Amendments and/or Restatements thereto, party of the second part.

**WITNESSETH**, that in consideration of the sum of $1,224,999.55, the said party of the first part does grant and convey to the said party of the second part, as SOLE OWNER, his/her heirs, personal representatives/successors and assigns, in fee simple, all that piece or parcel of land situate, in MONTGOMERY COUNTY, Maryland, and described as follows, to wit;

SEE EXHIBIT 'A' ATTACHED HERETO AND MADE A PART HEREOF

BEING part of the same land conveyed to the grantor herein by Deeds recorded in Liber 49507, folio 292, Liber 49507, folio 430, and Liber 49507, folio 484.

**BY THE EXECUTION** of this Deed, the party of the first part hereby warrants under the penalties of perjury that the actual consideration paid or to be paid, including the amount of any mortgage or deed of trust assumed by the party of the second part, is in the sum total of $1,224,999.55.

**TO HAVE AND TO HOLD** the property hereby conveyed unto the party of the second part, as SOLE OWNER, his/her personal representatives, heirs and assigns, in fee simple, forever.

**TOGETHER WITH** all and singular the ways, easements, rights, and privileges and appurtenances to the same belonging or in anywise appertaining, and all the estate, right, title, interest, and claim, either at law or in equity or otherwise however, of the said party of the first part, of, in, to, or out of the said land and premises; subject to all easements, covenants and restrictions of record.

6/25
20
4P/kc

#C1804019

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56112, p. 0124, MSA_CE63_56069. Date available 06/07/2018. Printed 11/19/2021.

E X H I B I T   "A"

LOT NUMBERED 133, IN THE SUBDIVISION KNOWN AS "LOTS 91 THRU 95, 106 THRU 112, 123 THRU 135, 151 THRU 155, PART OF PARCEL B & PARCELS M, N, O, P, Q, R, HH & JJ, GROSVENOR HEIGHTS" AS PER PLAT RECORDED AMONG THE LAND RECORDS OF MONTGOMERY COUNTY, MARYLAND AS PLAT 24987.

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56112, p. 0125, MSA_CE63_56069. Date available 06/07/2018. Printed 11/19/2021.

**GRANTEE(S)** acknowledges and agrees this conveyance is made SUBJECT TC all easements, covenants, restrictions and other matters of record, including specifically, the payment of annual Sewer and Water Facilities Charges, in the aggregate amount of One thousand two hundred thirty Dollars ($1,230.00) per year to GH WATER & SEWER LLC, pursuant to Declaration of Deferred Water and Sewer Charges dated October 12TH, 2015 and recorded among the Land Records of aforesaid on November 3RD, 2015 in Liber 51189, Folio 001.

_____, TRUSTEE
ANETH DORAH SF MTWALE, TRUSTEE
THE BALANNE FAMILY LIVING TRUST dated
January 31, 2018, and any Amendments and/or
Restatements thereto

**AND** the party of the first part herein warrants specially the property hereby conveyed; and covenants to execute such further assurances of said land as may be requisite.

**WITNESS** the hand and seal the day and year first hereinbefore written.

Witness:

5400 GROSVENOR LLC,
A DELAWARE LIMITED LIABILITY COMPANY

By: EYA GH MANAGER LLC,
    A Delaware Limited Liability Company
    Manager

_____    By: _____ (SEAL)
                                  FRANK R. CONNORS
                                  Vice President

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56112, p. 0126, MSA_CE63_56069. Date available 06/07/2018. Printed 11/19/2021.

STATE OF MARYLAND, COUNTY OF Montgomery, TO WIT;

I Hereby Certify, That on this 15th day of May, 2018, before me, the subscriber, a Notary Public of the state and county aforesaid, personally appeared Frank R. Connors, Vice President of EYA GH MANAGER LLC, Manager of 5400 GROSVENOR LLC, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained, and signed the same in my presence.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

NOTARY PUBLIC

My Commission Expires: 06/26/2019

[Notary Seal: NANCY NAPOLITANO HALL, NOTARY PUBLIC, MY COMMISSION EXPIRES 6/26/2019, MONTGOMERY COUNTY, MD]

AFFIDAVIT

I/WE HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE HEREIN DESCRIBED PROPERTY IS RESIDENTIALLY IMPROVED AND I/WE WILL/WILL NOT OCCUPY SAME AS MY/OUR RESIDENCE.

WITNESS

ANETH DORAH SF MTWALE, TRUSTEE
THE BALANNE FAMILY LIVING TRUST dated January 31, 2018, and any Amendments and/or Restatements thereto

GRANTEE ADDRESS:     164 WINSOME CIRCLE, BETHESDA, MD 20814
PROPERTY ADDRESS:    164 WINSOME CIRCLE, BETHESDA, MD 20814
GRANTOR ADDRESS:     4800 HAMPDEN LANE, STE. 300, BETHESDA, MD 20814
TITLE INSURER:       FIRST AMERICAN TITLE INSURANCE COMPANY

PARCEL I.D. NUMBER:  07-03762663

PREPARED BY:         CAPITOL TITLE INSURANCE AGENCY, INC.
                     2200 DEFENSE HIGHWAY, SUITE 300
                     CROFTON, MD 21114

AFTER RECORDING MAIL TO:
                     THE BALANNE FAMILY LIVING TRUST
                     164 WINSOME CIRCLE, BETHESDA, MD 20814

FILE NO. C1804019

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56112, p. 0127, MSA_CE63_56069. Date available 06/07/2018. Printed 11/19/2021.

THIS IS TO CERTIFY THAT THE WITHIN INSTRUMENT WAS PREPARED BY OR UNDER THE SUPERVISION OF AN ATTORNEY DULY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND.

_____
Theresa Hirschmann, Esquire

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56112, p. 0128, MSA_CE63_56069. Date available 06/07/2018. Printed 11/19/2021.

| MARYLAND FORM **WH-AR** | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | **2018** |
|---|---|---|

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

Name of Transferor: 5400 GROSVENOR LLC, A DELAWARE LIMITED LIABILITY COMPANY

**2. Reasons for Exemption**

Resident Status ☐ As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

☑ Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

Principal Residence ☐ Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

_____   _____   _____
Witness                    Name                       **Date

                           _____
                           Signature

**3b. Entity Transferors**

_____   5400 GROSVENOR, LLC, A DELAWARE LIMITED LIABILITY COMPANY, BY EYA
Witness/Attest            MANAGER LLC, A DELAWARE LIMITED LIABILITY COMPANY
                          Name of Entity

                          _____
                          By

                          FRANK R. CONNORS            5/3/18
                          Name                       **Date

                          VICE PRESIDENT
                          Title

** Form must be dated to be valid.
Note: Form is only valid if recordation occurs within 60 days of execution of this form.

18-49

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56112, p. 0129, MSA_CE63_56069. Date available 06/07/2018. Printed 11/19/2021.

## State of Maryland Land Instrument Intake Sheet

Information provided is for the use of the Clerk's Office,
State Department of Assessments and Taxation, and County Finance Office Only.

Certified By: Ramey, Audrey

Approved on: 5/31/2018 4:24:26 PM

| | | | |
|---|---|---|---|
| **1. Type(s) of Instruments** | [X] Deed | [ ] Mortgage | [ ] Other |
| | [ ] Deed of Trust | [ ] Lease | [ ] Other |
| **2. Conveyance Type** | [X] Arms Length | [ ] Not Arms Length | Improved Residential |
| | [X] Not a farm | [ ] Farm within five years | |
| **3. Tax Exemption** (if Applicable) Cite or Explain Authority | Recordation | | |
| | State Transfer | | |
| | County Transfer | | |

### 4. Consideration and Tax Calculation

| Consideration Amount: | | Finance Office Use Only: | |
|---|---|---|---|
| Purchase Price/Consideration | $ 1,224,999.55 | Transfer Tax Consideration | $1,224,999.55 |
| Any New Mortgage | $ 0.00 | X( 1 )% | $12,250.00 |
| Balance of Existing Mortgage | $ 0.00 | Less Exemption Amount) | |
| Other 1 | $ 0.00 | Total Transfer Tax | $12,250.00 |
| Other 2 | $ 0.00 | Recordation Tax Consideration | $1,224,999.55 |
| Full Cash Value | $ | X(6.75) per $500.00 | $14,237.50 |
| | | TOTAL DUE | $26,487.50 |

### 5. Fees

| Amount of Fees: | Doc.1 | Doc.2 | |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ 0.00 | Agent |
| Surcharge | $ 40.00 | $ 0.00 | Ramey, Audrey |
| State Recordation Tax | $ 14,237.50 | $ 0.00 | Tax Bill |
| County Transfer Tax | $ 12,250.00 | $ 0.00 | PIF |
| State Transfer Tax | $ 6,125.00 | $ 0.00 | C.B Credit |
| Other 1 | $ 0.00 | $ 0.00 | |
| Other 2 | $ 0.00 | $ 0.00 | Ag.Tax/Other |

### 6. Description of Property

SDAT requires submission of all application information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i)

| District | Property Tax ID No.(1) | Grantor Liber/Folio |
|---|---|---|
| 07 | 03762663 | 00000/0000 |
| Map | Parcel No. | Var. LOG [ ] |
| Subdivision Name | Lot (3a) | Block (3b) |
| 254-GROSVENOR HEIGHTS | 133 | |
| Sect/AR (3c) | Plat Ref. | SqFt/Acreage(4) 1,427 |

Location/Address of Property being Conveyed(2)
164 WINSOME CIR, BETHESDA, MD

| Other Property Identifiers (if applicable) | Water Meter Account Number |
|---|---|

Residential [X]   Non-Residential [ ]   Fee Simple [ ]   Ground Rent [ ]   None [ ]   Amount $ 0.00
Partial Conveyance ?   [ ] Yes  [X] No
If Partial Conveyance, List Improvements Conveyed:
Discription/Amount of SqFt/Acreage Transferred:

### 7. Transfered From

| Doc.1 - Grantor(s) Name(s) | Doc.2 - Grantor(s) Name(s) |
|---|---|
| 5400 GROSVENOR LLC | |
| Doc.1 - Owner(s) of Record, if Different from Grantor(s) | Doc.2 - Owner(s) of Record, if Different from Grantor(s) |

### 8. Transfered To

| Doc.1 - Grantee(s) Name(s) | Doc.2 - Grantee(s) Name(s) |
|---|---|
| Aneth Dorah SF MTWALE, Trustee of The Balanne Family Living Trust | |

New Owner's( Grantee/Grantor's(for Deed of Trust) ) Mailing Address
19505 White Saddle Drive, Germantown, MD 20814

### 9. Other Names to be Indexed

| Doc.1 - Additional Names to be Indexed (Optional) | Doc.2 - Additional Names to be Indexed (Optional) |
|---|---|

### 10. Contact/Mail Information

Instrument Submitted By or Contact Person

| Name : | Post Closing |
|---|---|
| Firm : | Capitol Title Insurance Agency, Inc. |
| Address : | 2200 Defense Highway, Ste. 300 Crofton, MD 21114 |
| Telephone : | 410-721-3340 |

Hold for Pick up [ ]   Return to Address Provided [X]   Return to Contact Person [ ]

### 11. Assessment Information

IMPORTANT: both the Original Deed and a Photocopy must accompany each transfer

| Will the property being conveyed be the grantee's/grantor's(for Deed of Trust) principal residence ? | [ ] Yes  [X] No |
|---|---|
| Does transfer include personal property ? | [ ] Yes  [X] No |
| If yes, identify: | |
| Was property surveyed ? If yes, attach copy of survey(if recorded, no copy is required) | [ ] Yes  [X] No |
| Remark: | |
| Case Number or File Number: C1804019 | |

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56112, p. 0130, MSA_CE63_56069. Date available 06/07/2018. Printed 11/19/2021.

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56112, p. 0131, MSA_CE63_56069. Date available 06/07/2018. Printed 11/19/2021.

```
LR - Deed (w Taxes)
Recording only  ST20.00
Name: MTWALE
Ref:
LR - Deed (with Taxes)
Surcharge           40.00
LR - Deed State
Transfer Tax     6,125.00
LR - NR Tax - 1kd   0.00
========================
SubTotal:        6,185.00
========================
Total:           6,185.00
06/01/2018    02:29
                    CC15-AV
#10453274 CC0602 -
Montgomery
County/CC06.02.05 -
Register 05
```



**DOCUMENT VALIDATION PAGE**
FOR CLERK'S USE ONLY
(EXCLUDED FROM PAGE COUNT FOR CERTIFIED COPY)

**BARBARA H. MEIKLEJOHN**
Clerk of the Circuit Court for Montgomery County
50 Maryland Avenue
Rockville, Maryland 20850
Recording and Licensing
(240) 777-9470