# SPECIAL WARRANTY DEED

**THIS DEED**, made this 15th day of May, 2018, by and between RS HOMES ASSOCIATES LLC, A Delaware Limited Liability Company, party of the first part, and ANETH DORAH SF MTWALE, Trustee of THE BALANNE FAMILY LIVING TRUST dated January 31, 2018, and any Amendments and/or Restatements thereto, parties of the second part.

**WITNESSETH**, that in consideration of the sum of $884,720.00, the said party of the first part does grant and convey to the said parties of the second part, as SOLE OWNER, their heirs, personal representatives/successors and assigns, in fee simple, all that piece or parcel of land situate, in MONTGOMERY COUNTY, Maryland, and described as follows, to wit;

SEE EXHIBIT 'A' ATTACHED HERETO AND MADE A PART HEREOF

BEING part of the same land conveyed to the grantor herein by Deeds recorded in Liber 50481, folio 301, Liber 50481, folio 308 and Liber 50481, folio 315.

**BY THE EXECUTION** of this Deed, the party of the first part hereby warrants under the penalties of perjury that the actual consideration paid or to be paid, including the amount of any mortgage or deed of trust assumed by the parties of the second part, is in the sum total of $884,720.00.

**TO HAVE AND TO HOLD** the property hereby conveyed unto the parties of the second part, as SOLE OWNER, their personal representatives, heirs and assigns, in fee simple, forever.

**TOGETHER WITH** all and singular the ways, easements, rights, and privileges and appurtenances to the same belonging or in anywise appertaining, and all the estate, right, title, interest, and claim, either at law or in equity or otherwise however, of the said party of the first part, of, in, to, or out of the said land and premises; subject to all easements, covenants and restrictions of record.

4423.40
 20
 40

#C1804022

**GRANTEE(S)** acknowledges and agrees this conveyance is made SUBJECT TO all easements, covenants, restrictions and other matters of record, including specifically, the payment of annual Sewer and Water Facilities Charges, in the aggregate amount of One thousand two hundred fifty-five Dollars ($1,255.00) per year to RS WATER & SEWER LLC, pursuant to Declaration of Deferred Water and Sewer Charges dated JUNE 7, 2016 and recorded among the Land Records of aforesaid on JUNE 9, 2016 in Liber 52203, Folio 458.

_____, TRUSTEE
ANETH DORAH SF MTWALE, TRUSTEE
THE BALANNE FAMILY LIVING TRUST Dated
January 31, 2018, and any Amendments
and/or Restatements thereto

**AND** the party of the first part herein warrants specially the property hereby conveyed; and covenants to execute such further assurances of said land as may be requisite.

**WITNESS** the hands and seals the day and year first hereinbefore written.

Witness:

RS HOMES ASSOCIATES LLC,
A Delaware Limited Liability Company

By: EYA RS MANAGER LLC,
    A Delaware Limited Liability Company
    Manager

_____

By: _____ (SEAL)
    FRANK R. CONNORS
    Vice President

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56130, p. 0002, MSA_CE63_56087. Date available 06/12/2018. Printed 11/19/2021.

STATE OF MARYLAND, COUNTY OF  Montgomery  TO WIT;

I Hereby Certify, That on this 15th day of May, 2018, before me, the subscriber, a Notary Public of the state and county aforesaid, personally appeared Frank R. Connors, Vice President of EYA RS MANAGER LLC, Manager of RS HOMES ASSOCIATES LLC, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained, and signed the same in my presence.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
NOTARY PUBLIC

My Commission Expires: 06/26/2019

[Notary Seal: NANCY NAPOLITANO HALL, NOTARY PUBLIC, MY COMMISSION EXPIRES 6/26/2019, MONTGOMERY COUNTY, MD]

AFFIDAVIT

I/WE HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE HEREIN DESCRIBED PROPERTY IS RESIDENTIALLY IMPROVED AND I/WE WILL/WILL NOT OCCUPY SAME AS MY/OUR RESIDENCE.

_____     _____
WITNESS                              ANETH DORAH SF MTWALE, TRUSTEE
                                     THE BALANNE FAMILY LIVING TRUST Dated
                                     January 31, 2018, and any Amendments
                                     and/or Restatements thereto


GRANTEE ADDRESS:      164 WINSOME CIRCLE, BETHESDA, MD 20814
PROPERTY ADDRESS:     10451 FERNWOOD ROAD, BETHESDA, MD 20817
GRANTOR ADDRESS:      4800 HAMPDEN LANE, SUITE 300, BETHESDA, MD 20814
TITLE INSURER:        FIRST AMERICAN TITLE INSURANCE COMPANY

PARCEL I.D. NUMBER:   04-03765963

PREPARED BY:          CAPITOL TITLE INSURANCE AGENCY, INC.
                      2200 DEFENSE HIGHWAY, SUITE 300
                      CROFTON, MD 21114

AFTER RECORDING MAIL TO:
                      THE BALANNE FAMILY LIVING TRUST
                      164 WINSOME CIRCLE, BETHESDA, MD 20814

FILE NO. C1804022

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56130, p. 0003, MSA_CE63_56087. Date available 06/12/2018. Printed 11/19/2021.

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56130, p. 0004, MSA_CE63_56087. Date available 06/12/2018. Printed 11/19/2021.

EXHIBIT "A"

Lot numbered 44, in Block lettered "A", in the subdivision known as "Lots 1-119, Parcels A-N, Block A; Lots 1-23, Parcels A-C, Block B: and Lots 1-26, Parcels A-E, Block C, "Rock Spring Park", as per plat thereof recorded among the Land Records of Montgomery County, Maryland as Plats 2017-25020.

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56130, p. 0005, MSA_CE63_56087. Date available 06/12/2018. Printed 11/19/2021.

THIS IS TO CERTIFY THAT THE WITHIN INSTRUMENT WAS PREPARED BY OR UNDER THE SUPERVISION OF AN ATTORNEY DULY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND.

_____
Theresa Hirschmann, Esquire

| MARYLAND FORM WH-AR | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | 2018 |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

1. **Transferor Information**

   Name of Transferor: RS HOMES ASSOCIATES LLC, A DELAWARE LIMITED LIABILITY COMPANY

2. **Reasons for Exemption**

   **Resident Status** [ ] As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

   [✓] Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

   **Principal Residence** [ ] Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

_____    _____  **Date
Witness                       Name

                              _____
                              Signature

**3b. Entity Transferors**

_____     RS HOMES ASSOCIATES LLC, A DELAWARE LIMITED LIABILITY COMPANY
Witness/Attest                BY: EYA RS MANAGER LLC, A DELAWARE LIMITED LIABILITY COMPANY
                              Name of Entity

                              _____
                              By

                              FRANK R. CONNORS              5/3/18
                              Name                          **Date

                              VICE PRESIDENT
                              Title

** Form must be dated to be valid.
Note: Form is only valid if recordation occurs within 60 days of execution of this form.

18-49

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56130, p. 0006, MSA_CE63_56087. Date available 06/12/2018. Printed 11/19/2021.

Certified By: Tan, Andrew

## State of Maryland Land Instrument Intake Sheet
Information provided is for the use of the Clerk's Office,
State Department of Assessments and Taxation, and County Finance Office Only.

Approved on: 6/5/2018 5:44:21 PM

| | | | |
|---|---|---|---|
| **1. Type(s) of Instruments** | [X] Deed<br>[ ] Deed of Trust | [ ] Mortgage<br>[ ] Lease | [ ] Other<br>[ ] Other |
| **2. Conveyance Type** | [X] Arms Length<br>[X] Not a farm | [ ] Not Arms Length<br>[ ] Farm within five years | Improved Residential |
| **3. Tax Exemption** (if Applicable) Cite or Explain Authority | Recordation<br>State Transfer<br>County Transfer | | |

### 4. Consideration and Tax Calculation

| Consideration Amount: | | Finance Office Use Only: | |
|---|---|---|---|
| Purchase Price/Consideration | $ 884,720.00 | Transfer Tax Consideration | $884,720.00 |
| Any New Mortgage | $ 0.00 | X( 1 )% | $8,847.20 |
| Balance of Existing Mortgage | $ 0.00 | Less Exemption Amount) | |
| Other 1 | $ 0.00 | Total Transfer Tax | $8,847.20 |
| Other 2 | $ 0.00 | Recordation Tax Consideration | $884,720.00 |
| Full Cash Value | $ | X(6.75) per $500.00 | $9,647.50 |
| | | TOTAL DUE | $18,494.70 |

### 5. Fees

| Amount of Fees: | Doc.1 | Doc.2 | |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ 0.00 | Agent |
| Surcharge | $ 40.00 | $ 0.00 | Tan, Andrew |
| State Recordation Tax | $ 9,647.50 | $ 0.00 | Tax Bill |
| County Transfer Tax | $ 8,847.20 | $ 0.00 | (17)PD |
| State Transfer Tax | $ 4,423.60 | $ 0.00 | C.B Credit |
| Other 1 | $ 0.00 | $ 0.00 | |
| Other 2 | $ 0.00 | $ 0.00 | Ag.Tax/Other |

### 6. Description of Property
SDAT requires submission of all application information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i)

| District | Property Tax ID No.(1) | Grantor Liber/Folio |
|---|---|---|
| 04 | 03765963 | 00000/0000 |
| Map | Parcel No. | Var. LOG |
| | | [ ] |
| Subdivision Name | Lot (3a) | Block (3b) |
| 001-ROCKSPRING PARK | 44 | A |
| Sect/AR (3c) | Plat Ref. | SqFt/Acreage(4) |
| | | 1,020 |

Location/Address of Property being Conveyed(2)
10451 FERNWOOD RD, , MD

| Other Property Identifiers (if applicable) | Water Meter Account Number |
|---|---|
| | |

Residential [X]   Non-Residential [ ]   Fee Simple [ ]   Ground Rent [ ]   None [ ]   Amount $ 0.00
Partial Conveyance ?   [ ]Yes  [X]No
If Partial Conveyance, List Improvements Conveyed:
Discription/Amount of SqFt/Acreage Transferred:

### 7. Transfered From

| Doc.1 - Grantor(s) Name(s) | Doc.2 - Grantor(s) Name(s) |
|---|---|
| RS HOMES ASSOCIATES LLC | |
| Doc.1 - Owner(s) of Record, if Different from Grantor(s) | Doc.2 - Owner(s) of Record, if Different from Grantor(s) |

### 8. Transfered To

| Doc.1 - Grantee(s) Name(s) | Doc.2 - Grantee(s) Name(s) |
|---|---|
| Aneth Dorah SF MTWALE, Trustee of The Balanne Family Living Trust | |

New Owner's( Grantee/Grantor's(for Deed of Trust) ) Mailing Address
164 Winsome Circle, Bethesda, MD 20814

### 9. Other Names to be Indexed
| Doc.1 - Additional Names to be Indexed (Optional) | Doc.2 - Additional Names to be Indexed (Optional) |
|---|---|
| | |

### 10. Contact/Mail Information

Instrument Submitted By or Contact Person

| Name : | Post Closing |
|---|---|
| Firm : | Capitol Title Insurance Agency, Inc. |
| Address : | 2200 Defense Highway, Ste.300 Crofton, Maryland - 21114 |
| Telephone : | 410-721-3340 |

Hold for Pick up [ ]   Return to Address Provided [X]   Return to Contact Person [ ]

### 11. Assessment Information

IMPORTANT: both the Original Deed and a Photocopy must accompany each transfer

| | |
|---|---|
| Will the property being conveyed be the grantee's/grantor's(for Deed of Trust) principal residence ? | [ ]Yes  [X]No |
| Does transfer include personal property ? | [ ]Yes  [X]No |
| If yes, identify: | |
| Was property surveyed ? If yes, attach copy of survey(if recorded, no copy is required) | [ ]Yes  [X]No |
| Remark: | |
| Case Number or File Number: C1804022 | |

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56130, p. 0007, MSA_CE63_56087. Date available 06/12/2018. Printed 11/19/2021.

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 56130, p. 0008, MSA_CE63_56087. Date available 06/12/2018. Printed 11/19/2021.

```
LR - Deed (w Taxes)
Recording only  ST20.00
Name: RS HOMES
ASSOCIATES LLC
Ref:
LR - Deed (with Taxes)
Surcharge         40.00
LR - Deed State
Transfer Tax   4,423.60
LR - NR Tax - 1kd 0.00
=====================
SubTotal:      4,483.60
=====================
Total:         4,483.60
06/07/2018   07:42
                 CC15-CG
#10480232 CC0602 -
Montgomery
County/CC06.02.06 -
Register 06
```



## DOCUMENT VALIDATION PAGE
### FOR CLERK'S USE ONLY
(EXCLUDED FROM PAGE COUNT FOR CERTIFIED COPY)

**BARBARA H. MEIKLEJOHN**
Clerk of the Circuit Court for Montgomery County
50 Maryland Avenue
Rockville, Maryland 20850
Recording and Licensing
(240) 777-9470