## SPECIAL WARRANTY DEED

**THIS DEED**, made this ___18th___ day of December, 2018, by and between 5400 GROSVENOR LLC, A Delaware Limited Liability Company, party of the first part, and ANETH DORAH SF MTWALE, TRUSTEE OF THE BALANNE FAMILY LIVING TRUST dated January 31, 2018, and any Amendments and/or Restatements thereto, party of the second part.

**WITNESSETH**, that in consideration of the sum of $1,377,237.00, the said party of the first part does grant and convey to the said party of the second part, AS SOLE OWNER, his/her heirs, personal representatives/successors and assigns, in fee simple, all that piece or parcel of land situate, in MONTGOMERY COUNTY, Maryland, and described as follows, to wit;

SEE EXHIBIT 'A' ATTACHED HERETO AND MADE A PART HEREOF

BEING part of the same land conveyed to the grantor herein by Deeds recorded in Liber 49507, folio 292, Liber 49507, folio 430, and Liber 49507, folio 484.

**BY THE EXECUTION** of this Deed, the party of the first part hereby warrants under the penalties of perjury that the actual consideration paid or to be paid, including the amount of any mortgage or deed of trust assumed by the party of the second part, is in the sum total of $1,377,237.00.

**TO HAVE AND TO HOLD** the property hereby conveyed unto the party of the second part, AS SOLE OWNER, his/her personal representatives, heirs and assigns, in fee simple, forever.

**TOGETHER WITH** all and singular the ways, easements, rights, and privileges and appurtenances to the same belonging or in anywise appertaining, and all the estate, right, title, interest, and claim, either at law or in equity or otherwise however, of the said party of the first part, of, in, to, or out of the said land and premises; subject to all easements, covenants and restrictions of record.

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 57085, p. 0367, MSA_CE63_57042. Date available 01/14/2019. Printed 11/19/2021.

**GRANTEE(S)** acknowledges and agrees this conveyance is made SUBJECT TO all easements, covenants, restrictions and other matters of record, including specifically, the payment of annual Sewer and Water Facilities Charges, in the aggregate amount of One thousand two hundred thirty Dollars ($1,230.00) per year to GH WATER & SEWER LLC, pursuant to Declaration of Deferred Water and Sewer Charges dated October 12TH, 2015 and recorded among the Land Records of aforesaid on November 3RD, 2015 in Liber 51189, Folio 001.

                                       _/s/ Aneth Mtwale, TRUSTEE_
                                     ANETH DORAH SF MTWALE, TRUSTEE

**AND** the party of the first part herein warrants specially the property hereby conveyed; and covenants to execute such further assurances of said land as may be requisite.

**WITNESS** the hand and seal the day and year first hereinbefore written.

Witness:

                                     5400 GROSVENOR LLC,
                                     A DELAWARE LIMITED LIABILITY COMPANY

                                     By: EYA GH MANAGER LLC,
                                         A Delaware Limited Liability Company
                                         Manager

_/s/_

                                     By: _/s/ Frank R. Connors_ (SEAL)
                                          FRANK R. CONNORS
                                          Vice President

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 57085, p. 0368, MSA_CE63_57042. Date available 01/14/2019. Printed 11/19/2021.

STATE OF MARYLAND, COUNTY OF _Montgomery_, TO WIT;

I Hereby Certify, That on this __18th__ day of December, 2018, before me, the subscriber, a Notary Public of the state and county aforesaid, personally appeared Frank R. Connors, Vice President of EYA GH MANAGER LLC, Manager of 5400 GROSVENOR LLC, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained, and signed the same in my presence.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
NOTARY PUBLIC

My Commission Expires: 06/26/2019

[Notary Seal: NANCY NAPOLITANO HALL, NOTARY PUBLIC, MY COMMISSION EXPIRES 6/26/2019, MONTGOMERY COUNTY, MD]

AFFIDAVIT

I/WE HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE HEREIN DESCRIBED PROPERTY IS RESIDENTIALLY IMPROVED AND I/WE WILL/WILL NOT OCCUPY SAME AS MY/OUR RESIDENCE.

_____          _____
WITNESS                                 ANETH DORAH SF MTWALE, TRUSTEE


| | |
|---|---|
| GRANTEE ADDRESS: | 164 WINSOME CIRCLE, BETHESDA, MD 20814 |
| PROPERTY ADDRESS: | 10008 LAUREATE WAY, BETHESDA, MD 20814 |
| GRANTOR ADDRESS: | 4800 HAMPDEN LANE, STE. 300, BETHESDA, MD 20814 |
| TITLE INSURER: | FIRST AMERICAN TITLE INSURANCE COMPANY |

PARCEL I.D. NUMBER:   07-03761497

PREPARED BY:   CAPITOL TITLE INSURANCE AGENCY, INC.
2200 DEFENSE HIGHWAY, SUITE 300
CROFTON, MD 21114

AFTER RECORDING MAIL TO:
ANETH DORAH SF MTWALE, TRUSTEE
164 WINSOME CIRCLE, BETHESDA, MD 20814

FILE NO. C1808066

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 57085, p. 0369, MSA_CE63_57042. Date available 01/14/2019. Printed 11/19/2021.

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 57085, p. 0370, MSA_CE63_57042. Date available 01/14/2019. Printed 11/19/2021.

E X H I B I T   "A"

LOT NUMBERED 54, IN THE SUBDIVISION KNOWN AS "LOTS 28 THRU 42 AND 50 THRU 75, PART OF PARCEL B & PARCELS G, H, AA. CC & EE, GROSVENOR HEIGHTS" AS PER PLAT RECORDED AMONG THE LAND RECORDS OF MONTGOMERY COUNTY, MARYLAND AS PLAT 24984.

BOOK: 57085, PAGE: 371

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 57085, p. 0371, MSA_CE63_57042. Date available 01/14/2019. Printed 11/19/2021.

THIS IS TO CERTIFY THAT THE WITHIN INSTRUMENT WAS PREPARED BY OR UNDER THE SUPERVISION OF AN ATTORNEY DULY ADMITTED TO PRACTICE BEFORE THE COURT OF APPEALS OF MARYLAND.

_____

Theresa K. Hirschmann, Esquire

| MARYLAND FORM **WH-AR** | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | **2018** |
|---|---|---|

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**
   Name of Transferor: 5400 GROSVENOR LLC, A DELAWARE LIMITED LIABILITY COMPANY

**2. Reasons for Exemption**

   **Resident Status** ☐ As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

   ☑ Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

   **Principal Residence** ☐ Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

_____    _____  _____
Witness                       Name                       **Date

                              _____
                              Signature

**3b. Entity Transferors**

_[signature]_____    5400 GROSVENOR, LLC, A DELAWARE LIMITED LIABILITY COMPANY, BY EYA
Witness/Attest                   MANAGER LLC, A DELAWARE LIMITED LIABILITY COMPANY
                                 Name of Entity

                                 _[signature]_____
                                 By

                                 FRANK R. CONNORS            12/18/18
                                 Name                        **Date

                                 VICE PRESIDENT
                                 Title

** Form must be dated to be valid.
**Note:** Form is only valid if recordation occurs within 60 days of execution of this form.

18-49

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 57085, p. 0372, MSA_CE63_57042. Date available 01/14/2019. Printed 11/19/2021.



Certified By: Saetang, Khamchanh

## State of Maryland Land Instrument Intake Sheet
Information provided is for the use of the Clerk's Office,
State Department of Assessments and Taxation, and County Finance Office Only.

Approved on: 1/9/2019 4:15:08 PM

| | | | |
|---|---|---|---|
| **1. Type(s) of Instruments** | [X] Deed | [ ] Mortgage | [ ] Other |
| | [ ] Deed of Trust | [ ] Lease | [ ] Other |
| **2. Conveyance Type** | [ X ] Arms Length | [ ] Not Arms Length | Improved Residential |
| | [ X ] Not a farm | [ ] Farm within five years | |
| **3. Tax Exemption** (if Applicable) Cite or Explain Authority | Recordation | | |
| | State Transfer | | |
| | County Transfer | | |

**4. Consideration and Tax Calculation**

| Consideration Amount: | | Finance Office Use Only: | |
|---|---|---|---|
| Purchase Price/Consideration | $ 1,377,237.00 | Transfer Tax Consideration | $1,377,237.00 |
| Any New Mortgage | $ 0.00 | X( 1 )% | $13,772.37 |
| Balance of Existing Mortgage | $ 0.00 | Less Exemption Amount) | |
| Other 1 | $ 0.00 | Total Transfer Tax | $13,772.37 |
| Other 2 | $ 0.00 | Recordation Tax Consideration | $1,377,237.00 |
| Full Cash Value | $ | X(6.75) per $500.00 | $16,296.25 |
| | | TOTAL DUE | $30,068.62 |

**5. Fees**

| Amount of Fees: | Doc.1 | Doc.2 | |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ 0.00 | Agent |
| Surcharge | $ 40.00 | $ 0.00 | Saetang, Khamchanh |
| State Recordation Tax | $ 16,296.25 | $ 0.00 | Tax Bill |
| County Transfer Tax | $ 13,772.37 | $ 0.00 | 2018 PAID |
| State Transfer Tax | $ 6,886.19 | $ 0.00 | C.B Credit |
| Other 1 | $ 0.00 | $ 0.00 | |
| Other 2 | $ 0.00 | $ 0.00 | Ag.Tax/Other |

**6. Description of Property**
SDAT requires submission of all application information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i)

| District | Property Tax ID No.(1) | Grantor Liber/Folio |
|---|---|---|
| 07 | 03761497 | 00000/0000 |
| Map | Parcel No. | Var. LOG |
| | | [ ] |
| Subdivision Name | Lot (3a) | Block (3b) |
| 254-GROSVENOR HEIGHTS | 54 | |
| Sect/AR (3c) | Plat Ref. | SqFt/Acreage(4) |
| | | 1,712 |

Location/Address of Property being Conveyed(2)
10008 LAUREATE WAY, BETHESDA, MD

Other Property Identifiers (if applicable) | Water Meter Account Number

Residential [ X ]   Non-Residential [ ]   Fee Simple [ ]   Ground Rent [ ]   None [ ]   Amount $ 0.00
Partial Conveyance ?                                                                            [ ] Yes  [ X ] No
If Partial Conveyance, List Improvements Conveyed:
Discription/Amount of SqFt/Acreage Transfered:

**7. Transfered From**

| Doc.1 - Grantor(s) Name(s) | Doc.2 - Grantor(s) Name(s) |
|---|---|
| 5400 GROSVENOR LLC | |
| Doc.1 - Owner(s) of Record, if Different from Grantor(s) | Doc.2 - Owner(s) of Record, if Different from Grantor(s) |

**8. Transfered To**

| Doc.1 - Grantee(s) Name(s) | Doc.2 - Grantee(s) Name(s) |
|---|---|
| ANETH DORAH SF MTWALE, TRUSTEE OF THE BALANNE FAMILY LIVING TRUST | |

New Owner's( Grantee/Grantor's(for Deed of Trust) ) Mailing Address
19505 White Saddle Drive, Germantown, MD 20874

**9. Other Names to be Indexed**

| Doc.1 - Additional Names to be Indexed (Optional) | Doc.2 - Additional Names to be Indexed (Optional) |
|---|---|
| | |

**10. Contact/Mail Information**

Instrument Submitted By or Contact Person

| Name : | Post Closing |
|---|---|
| Firm : | Capitol Title Insurance Agency, Inc. |
| Address : | 2200 Defense Highway, Ste. 300 Crofton, Maryland - 21114 |
| Telephone : | 410-721-3340 |

Hold for Pick up [ ]   Return to Address Provided [ ]   Return to Contact Person [ X ]

IMPORTANT: both the Original Deed and a Photocopy must accompany each transfer

**11. Assessment Information**

| Will the property being conveyed be the grantee's/grantor's(for Deed of Trust) principal residence ? | [ ] Yes  [ X ] No |
|---|---|
| Does transfer include personal property ? | [ ] Yes  [ X ] No |
| If yes, identify: | |
| Was property surveyed ? If yes, attach copy of survey(if recorded, no copy is required) | [ ] Yes  [ X ] No |
| Remark: | |

Case Number or File Number:  C1808066

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 57085, p. 0373, MSA_CE63_57042. Date available 01/14/2019. Printed 11/19/2021.

BOOK: 57085, PAGE: 374

MONTGOMERY COUNTY CIRCUIT COURT (Land Records) BHM 57085, p. 0374, MSA_CE63_57042. Date available 01/14/2019. Printed 11/19/2021.

```
                                                    LR - Deed (w Taxes)
                                                    Recording only  ST20.00
                                                    Name: 5400 GROSVENOR
                                                    LLC
                        CC-Overpayment by Check     Ref:
                                           1.50     LR - Deed (with Taxes)
                        Reason:                     Surcharge          40.00
                        OVERPAYMENT/CLOSELINE       LR - Deed State
                        STACK                       Transfer Tax    6,886.18
                        Check: 321631               LR - NR Tax - 1kd  0.00
                        ========================    ========================
                        Total:         6,947.68     SubTotal:       6,946.18
                        01/10/2019   09:45          ========================
                                        CC15-CG     Total:          6,947.68
                        #11505586 CC0602 -          01/10/2019   09:45
                        Montgomery                                  CC15-CG
                        County/CC06.02.05 -         #11505586 CC0602 -
                        Register 05                 Montgomery
                                                    County/CC06.02.05 -
                                                    Register 05
```



## DOCUMENT VALIDATION PAGE
FOR CLERK'S USE ONLY
(EXCLUDED FROM PAGE COUNT FOR CERTIFIED COPY)

### BARBARA H. MEIKLEJOHN
Clerk of the Circuit Court for Montgomery County
50 Maryland Avenue
Rockville, Maryland 20850
Recording and Licensing
(240) 777-9470