| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC | 8:21-mc-00721 |
| DEFENDANT | TYPE OF PROCESS |
| DEMOCRATIC REPUBLIC OF CONGO, SOCIETE NATIONALE D'ELECTRICITE, et al | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aneth Lutale Mtwale; Francis Selemani Mtwale; 164 Winsome Circle, Bethesda, MD 20814

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
164 Winsome Circle, Bethesda, MD 20814

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Philip T. "Pete" Evans, Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, District of Columbia 20006

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Balanne Family Living Trust, 164 Winsome Circle, Bethesda, MD 20814

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 240.447.7116
DATE: 12/15/2021

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 2/4 | District of Origin No. 037 | District to Serve No. 037 | Signature of Authorized USMS Deputy or Clerk | Date: 12/16/21 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 12/16/21   Time: 1656  [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy: Maceo Gates

Costs shown on attached USMS Cost Sheet >>

REMARKS

The writ was posted at the address listed above.

28 miles

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 DEC 20 PM 11:58
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

Form USM-285
Rev. 03/21