| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>FG HEMISPHERE ASSOCIATES, LLC | COURT CASE NUMBER<br>8:21-mc-00721 |
|---|---|
| DEFENDANT<br>DEMOCRATIC REPUBLIC OF CONGO, SOCIETE NATIONALE D'ELECTRICITE, et al | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aneth Lutale Mtwale; Francis Selemani Mtwale; 1224 Treasure Oak Court, Rockville, MD 20852
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1224 Treasure Oak Court, Rockville, MD 20852

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Philip T. "Pete" Evans, Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, District of Columbia 20006

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Balanne Family Living Trust, 164 Winsome Circle, Bethesda, MD 20814

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 240.447.7116
DATE: 12/15/2021

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 14
District of Origin No. 037
District to Serve No. 037
Signature of Authorized USMS Deputy or Clerk
Date: 12/16/21

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 12/16/21  Time: 1731  [X] pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

REMARKS
The Writ was posted at the address listed above.

19 miles

Form USM-285
Rev. 03/21