**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC,<br><br>                    Plaintiff,<br><br>          -against-<br><br>DEMOCRATIC REPUBLIC OF CONGO, *et ano.*, BALANNE FAMILY LIVING TRUST, ANETH MICHAEL LUTALE MTWALE, FRANCIS SELEMANI MTWALE, AND THE LAND KNOWN FOR ASSESSMENT AND TAXATION PURPOSES AS LOT 96, PLAT 19998; LOT 133, PLAT 24987; LOT 144, PLAT 2017-25020; AND LOT 54, PLAT 24984<br><br>                    Defendants. | Case No. 8:21-mc-00721<br>Case No. 8:21-mc-00720<br><br>Unassigned |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE**

Upon consideration of the parties' Motion to Consolidate, any opposition thereto, it is this ____

day of _____, 2022, by the United States District Court for the District of Maryland,

**ORDERED** that the Plaintiff's Motion to Consolidate shall be and hereby is **GRANTED**; and

it is further

**ORDERED** that the Clerk shall consolidate Case No. 8:21-mc-00720 under Case No. 8:21-mc-

00721.

Dated: _____, 20__

                              **SO ORDERED:**

                              _____
                              U.S. District Court Judge