IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC, *Plaintiff*, v. DEMOCRATIC REPUBLIC OF CONGO, SOCIETE NATIONALE D'ELETRICITE, *Defendants,* -and- BALANNE FAMILY LIVING TRUST, ANETH DORAH SF MTWALE, SELEMANI FRANCIS MTWALE, AND THE LAND KNOWN FOR ASSESSMENT AND TAXATION PURPOSES AS LOT 96 PLAT 19998; LOT 133, PLAT 24987; LOT 144 PLAT 2017-25020; AND LOT 54, PLAT 24984 *Interested Persons.* | Case No. 8:21-mc-00721 Unassigned |

**CONSENT MOTION FOR BRIEFING SCHEDULE**

Plaintiff, FG Hemisphere Associates, LLC ("Plaintiff"), through its attorneys, with the consent of counsel for Interested Persons the Balanne Family Living Trust, Aneth Dorah SF Mtwale, and Selemani Francis Mtwale ("Interested Persons"), files this Consent Motion for Briefing Schedule and states as follows:

1. On December 20, 2021, the U.S. Marshal returned executed writs of execution (Dkt. 9) on certain parcels of real property.

2. On February 14, 2022, the Interested Persons filed a motion to dismiss the writs of execution (Dkt. 26).

1

3. On January 31, 2021, Plaintiff filed a motion to consolidate cases (Dkt. 24). On February 10, 2022, the Interested Persons opposed the motion to consolidate (Dkt. 25), and Plaintiff intends to file a reply.

4. Counsel have agreed to a briefing schedule on the motion to consolidate and the motion to dismiss. In light of the above information, the parties respectfully request that this Court enter a briefing schedule as follows:

| **TASK** | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Motion to Consolidate Reply | 02/24/2022 | 03/03/2022 |

| **TASK** | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Motion to Dismiss Opposition | 02/28/2022 | 03/14/2022 |
| Motion to Dismiss Reply | 03/14/2022 | 04/04/2022 |

5. The request for the above briefing schedule is agreed to by all represented parties and counsel and all agree that this will allow for an orderly briefing and hearing process.

6. No party will be prejudiced and the interests of justice will be furthered if this briefing scheduling is granted.

7. This Consent Motion is not filed for the purpose of delay.

8. The Interested Persons note that they do not explicitly or implicitly waive any jurisdictional arguments by consenting to the above briefing schedule and reserve the right to raise such arguments at a later date.

WHEREFORE, the parties jointly and respectfully request that this Honorable Court:

A. Enter the Proposed Consent Briefing Schedule; and

B. Grant such further and additional relief as this Court deems just and proper.

Dated: February 16, 2022

Respectfully submitted,

FG HEMISPHERE ASSOCIATES, LLC,

By its attorneys,

/s/ Philip T. Evans
Philip T. Evans (Bar No. 11796)
Benjamin A. Genn (Bar No. 21070)
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000
Email: Philip.Evans@hklaw.com
Email: Benjamin.Genn@hklaw.com
*Counsel for Plaintiff*

Warren E. Gluck (*pro hac vice*)
Matthew R. DiBlasi (*pro hac vice*)
Ruarri Rogan (*pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3494
Email: warren.gluck@hklaw.com
Email: matthew.diblasi@hklaw.com
Email: ruarri.rogan@hklaw.com
*Counsel for Plaintiff*

/s/ (signed by Philip T. Evans with permission of Brian D. Lyman and Jonathan Pasterick)
Brian D. Lyman (Bar No. 27360)
Jonathan E. Pasterick (Bar No. 27361)
Hillman Brown and Darrow PA
221 Duke of Gloucester Street
Annapolis, MD 21401
Telephone: (410) 263-3131
Email: bdl@hbdlaw.com
Email: jep@hbdlaw.com
*Counsel for Interested Persons*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of February, 2022, a true and correct copy of the foregoing **CONSENT MOTION FOR BRIEFING SCHEDULE** has been filed with the Clerk of Court, by using the CM/ECF system to deliver a true and correct copy of the foregoing to the following:

> Brian D. Lyman (Bar No. 27360)
> Jonathan E. Pasterick (Bar No. 27361)
> Hillman Brown and Darrow PA
> 221 Duke of Gloucester Street
> Annapolis, MD 21401
> Telephone: (410) 263-3131
> Email: bdl@hbdlaw.com
> Email: jep@hbdlaw.com
> *Counsel for Interested Persons*

                                      /s/ Philip T. Evans
                                      Philip T. Evans