IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DEMOCRATIC REPUBLIC OF CONGO,<br>SOCIETE NATIONALE D'ELETRICITE,<br>*Defendants,*<br><br>-and-<br><br>BALANNE FAMILY LIVING TRUST,<br>ANETH DORAH SF MTWALE,<br>SELEMANI FRANCIS MTWALE, AND<br>THE LAND KNOWN FOR ASSESSMENT<br>AND TAXATION PURPOSES AS LOT 96<br>PLAT 19998; LOT 133, PLAT 24987; LOT<br>144 PLAT 2017-25020; AND LOT 54, PLAT<br>24984<br><br>*Interested Persons.* | Case No. 8:21-mc-00721<br><br>Unassigned |

## [PROPOSED] CONSENT BRIEFING SCHEDULE

Upon consideration of the parties' Consent Motion for Briefing Schedule, no opposition thereto, it is this ____ day of _____, 2022, by the United States District Court for the District of Maryland,

**ORDERED** that the Consent Briefing Schedule shall be and hereby is **ENTERED**; and it is further

**ORDERED** that the parties shall file their respective pleadings in accordance with the below schedule:

| **TASK** | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Motion to Consolidate Reply | 02/24/2022 | 03/03/2022 |

| TASK | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Motion to Dismiss Opposition | 02/28/2022 | 03/14/2022 |
| Motion to Dismiss Reply | 03/14/2022 | 04/04/2022 |

Dated: _____, 20__

**SO ORDERED:**

_____
U.S. District Court Judge