IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>DEMOCRATIC REPUBLIC OF CONGO, *et ano.*, BALANNE FAMILY LIVING TRUST, ANETH MICHAEL LUTALE MTWALE, FRANCIS SELEMANI MTWALE, AND THE LAND KNOWN FOR ASSESSMENT AND TAXATION PURPOSES AS LOT 96, PLAT 19998; LOT 133, PLAT 24987; LOT 144, PLAT 2017-25020; AND LOT 54, PLAT 24984<br><br>Defendants. | Case No. 8:21-mc-00721<br>Case No. 8:21-mc-00720<br><br>Case No. 8:22-cv-444-PJM |

## ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE

Upon consideration of Plaintiff's Motion to Consolidate (ECF No. 24, 22-cv-444; ECF No. 2, 21-mc-720, ECF No. 24, 21-mc-721), the opposition thereto, and Plaintiff's reply, it is this 22nd day of ____April____, 2022,

**ORDERED** that the Plaintiff's Motion to Consolidate (ECF No. 24) is **GRANTED**; and it is further **ORDERED** that the Clerk shall consolidate Case No. 8:21-mc-00720 and Case No. 8:21-mc-00721 under Case No. 8:22-cv-444-PJM.

Dated: April 22, 2022

SO ORDERED:

_____
PETER J. MESSITTE
UNITED STATES DISTRICT
COURT JUDGE