IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 8:22-cv-444-PJM |
| v. | ) |
| DEMOCRATIC REPUBLIC OF CONGO, SOCIETE NATIONALE D'ELECTRICITE, | ) The Honorable Peter J. Messitte |
| *Defendants*, | ) |
| -and- | ) |
| BALANNE FAMILY LIVING TRUST, ANETH DORAH SF MTWALE, SELEMANI FRANCIS MTWALE, AND THE LAND KNOWN FOR ASSESSMENT AND TAXATION PURPOSES AS LOT 96 PLAT 19998; LOT 133, PLAT 24987; LOT 144 PLAT 2017-25020; AND LOT 54, PLAT 24984 | ) |
| *Interested Persons*. | ) |

**[PROPOSED] ORDER GRANTING RUARRI M. ROGAN'S MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 101.2(a), Ruarri M. Rogan respectfully moves this Court for leave to withdraw as counsel for Plaintiff in the captioned action. Mr. Rogan states the following in support:

THIS CAUSE came before the Court on Ruarri M. Rogan's Motion to Withdraw as Counsel [ECF No. 42]. Mr. Rogan, co-counsel for Plaintiffs, stated he provided notice to Plaintiffs and opposing counsel, none of whom object to his withdrawal; and that the attorneys of

1

record from Holland & Knight LLP will continue to represent Plaintiffs in this action. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Ruarri M. Rogan may withdraw as counsel of record for Plaintiffs. The Clerk is directed to remove Mr. Rogan from the CM/ECF electronic service list for this action.

DONE and ORDERED in chambers in Greenbelt Division, Maryland on this 7 day of September, 2022.

_____
Judge Honorable Peter J. Messitte
United States District Court
for the District of Maryland